**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JULIE ANN ROEHM,

      Plaintiff,                  CASE NO.:  2:07-cv-10168

     v.                      HONORABLE ZATKOFF, LAWRENCE P.
                               REFERRAL JUDGE: WHALEN, R. STEVEN

WAL-MART STORES, INC.,

      Defendant.

---

**STATEMENT OF DISCLOSURE**
**OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to E. D. Mich. LR 83.4, Defendant Wal-Mart Stores, Inc. makes the following disclosure:

1.     Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

     Yes   \_\_\_\_       No     X     

     If the answer is "Yes", list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

     Parent Corporation/Affiliate Name:
     Relationship with Named Party:

2.     Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

     Yes _____       No    X    

     If the answer is "Yes", list the identity of such corporate or affiliate and the nature of the financial interest:

     Parent Corporation/Affiliate Name:
     Nature of Financial Interest:

1

Dockets.Justia.com

Respectfully submitted,

DYKEMA GOSSETT PLLC


s/Debra M. McCulloch (P31955)
Debra M. McCulloch (P31995)
Attorneys for Defendant
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI  48304
(248) 203-0785
dmcculloch@dykema.com

GIBSON, DUNN & CRUTCHER LLP


s/with consent of Eugene Scalia
Eugene Scalia
Karl G. Nelson
David J. Debold (P39278)
Of Counsel for Defendant
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-9500
EScalia@gibsondunn.com


DATE:  January 19, 2007



## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: John F. Schaefer (P19948)  at bar@lfjfs.com and B. Andrew Rifkin (P46147) at bar@lfjfs.com.

s/Debra M. McCulloch
Dykema Gossett PLLC
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI  48304-5086
(248) 203-0785
E-mail:  dmcculloch@dykema.com
P31995

BH01\699219.1
ID\DMM