# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JULIE ANN ROEHM, Individually,

       Plaintiff,

vs.

                               No.:   2:07-cv-10168
                               Hon.:  Lawrence P. Zatkof

WAL-MART STORES, INC., a Delaware
Corporation

       Defendant.

---

THE LAW FIRM OF JOHN F. SCHAEFER
BY:   JOHN F. SCHAEFER (P19948)
       B. ANDREW RIFKIN (P46147)
**Attorneys for Plaintiff**
380 North Old Woodward  Suite 320
Birmingham, Michigan  48009
(248) 642-6655

DYKEMA GOSSETT, PLLC
BY:   JOSEPH A. RITOK, JR. (P25472)
       DEBRA M. McCULLOCH (P31995)
**Attorneys for Defendant**
400 Renaissance Center
Detroit, Michigan  48243
(313) 568-6846

GIBSON, DUNN & CRUTCHER LLP
BY:   EUGENE SCALIA
       KARL G. NELSON
       DAVID J. DEBOLD (P39278)
**Co-Counsel for Defendant**
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 955-9500

---

THE LAW FIRM
OF
OHN F. SCHAEFER
PROFESSIONAL LIMITED LIABILITY COMPANY

BIRMINGHAM   GROSSE POINTE
48) 642-6655  (313) 881-1300

## PLAINTIFF'S REPLY TO
## DEFENDANT'S AFFIRMATIVE DEFENSES

**NOW COMES** the above-named Plaintiff, by and through her attorneys, THE LAW FIRM OF JOHN F. SCHAEFER, and hereby denies each and every allegation, insinuation, and innuendo contained in the Special and/or Affirmative Defenses of Defendant, WAL-MART STORES, INC., for the reason that the same are untrue.

Respectfully submitted,

THE LAW FIRM OF JOHN F. SCHAEFER

BY: _____

JOHN F. SCHAEFER (P19948)
B. ANDREW RIFKIN (P46147)
**Attorneys for Plaintiff**
380 North Old Woodward  Suite 320
Birmingham, MI 48009
(248) 642-6655

Dated:  January 25, 2007.

THE LAW FIRM
OF
JOHN F. SCHAEFER
PROFESSIONAL LIMITED LIABILITY COMPANY

BIRMINGHAM     GROSSE POINTE
(248) 642-6655    (313) 881-1300

## Certificate of Service

I hereby certify that on January 26, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the EFC system which will send notification of such filing to the following:  Debra M. McCulloch (P31955) at dmcculloch@dykema.com and Eugene Scalia at EScalia@gibsondunn.com

_____
s/B. Andrew Rifkin (P46147)
The Law Firm of John F. Schaefer
380 North Old Woodward Avenue
Suite 320
Birmingham, MI 48009
(248) 642-6655
bar@lfjfs.com

THE LAW FIRM
OF
JOHN F. SCHAEFER
A PROFESSIONAL LIMITED LIABILITY COMPANY

BIRMINGHAM        GROSSE POINTE
248) 642-6655    (313) 881-1300