# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JULIE ANN ROEHM,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

CASE NO. 2:07-cv-10168

Judge Lawrence P. Zatkoff
Mag. Judge R. Steven Whalen

## NOTICE OF DEPOSITION OF SHELLEY WOMACK

TO:    John F. Schaefer
        B. Andrew Rifkin
        The Law Firm of John F. Schaefer
        380 North Old Woodward, Suite 320
        Birmingham, MI 48009
        Counsel for Plaintiff, Julie Ann Roehm

       PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 45, Defendant Wal-Mart Stores, Inc. ("Wal-Mart") shall take the deposition of Shelley Womack on February 26, 2007 commencing at 10:00 a.m. and continuing from day to day thereafter, unless the parties agree otherwise, excluding Saturdays, Sundays, and holidays, until completed. The deposition will take place at the office of MITCHELL WILLIAMS, 5414 Pinnacle Point Drive, Suite 500, Rogers, Arkansas 72758. Attached hereto as Attachment A is a copy of the subpoena issued to Shelley Womack.

       Said deposition shall be recorded stenographically, and it shall be conducted before a notary public or other officer duly authorized by law to take depositions and administer oaths. Furthermore, Wal-Mart intends to record the testimony of the deponent listed above stenographically through instant visual display of the testimony via "Livenotes."

DATED: February 1, 2007.

        Respectfully submitted,

        DYKEMA GOSSETT PLLC

        s/Joseph A. Ritok, Jr.
        Debra M. McCulloch (P31995)
        Joseph A. Ritok, Jr. (P25472)
        Attorneys for Defendant
        39577 Woodward Avenue, Suite 300
        Bloomfield Hills, MI 48304
        (248) 203-0786
        dmcculloch@dykema.com

        GIBSON, DUNN & CRUTCHER LLP

        Eugene Scalia
        Karl G. Nelson
        David J. Debold (P39278)
        Of Counsel for Defendant
        1050 Connecticut Avenue, N.W.
        Washington, D.C. 20036
        (202) 955-9500
        EScalia@gibsondunn.com
        Counsel for Defendant, Wal-Mart Stores, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2007, a true and correct copy of the foregoing Notice of Deposition of Shelley Womack was served by regular mail, upon the following counsel of record:

John F. Schaefer
B. Andrew Rifkin
The Law Firm of John F. Schaefer
380 N. Old Woodward, Suite 320
Birmingham, MI 48009
(248) 642-6665
Attorneys for Plaintiff

                                                  s/Joseph A. Ritok, Jr.
                                                  Joseph A. Ritok, Jr.