## INDEX OF EXHIBITS

A.  Counterclaim