UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JULIE ANN ROEHM,**

    Plaintiff,

vs

**WAL-MART STORES, INC.,**

    Defendant.

Case No. 2:07-CV-10168

HON. LAWRENCE P. ZATKOFF

_____

THE LAW FIRM OF JOHN F. SCHAEFER
BY:   JOHN F. SCHAEFER, (P-19948)
        ANDREW RIFKIN, (P-46147)
Attorneys for Plaintiff
380 North Old Woodward, Suite 320
Birmingham, Michigan 48009
(248) 642-6665

SOMMERS SCHWARTZ, P.C.
BY:   SAM G. MORGAN, (P-36694)
Co-Counsel for Plaintiff
2000 Town Center, Suite 900
Southfield, Michigan 48075
(248) 355-0300

DYKEMA GOSSETT, PLLC
BY:   DEBRA M. McCULLOCH, (P-31995)
Attorney for Defendant
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
(248) 203-0756

GIBSON DUNN & CRUTCHER, LLP
BY:   EUGENE SCALIA
        KARL G. NELSON
        DAVID J. DEBOLD, (P-39278)
Co-Counsel for Defendant
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500

_____

LAW OFFICES
**SOMMERS SCHWARTZ, P.C.**
SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300
2000 TOWN CENTER

## **APPEARANCE OF CO-COUNSEL FOR PLAINTIFF**

TO:     Clerk of the Court

     Sam G. Morgan, attorney at the law firm of Sommers Schwartz, P.C., hereby enters his Appearance as Co-Counsel of record for Plaintiff, Julie Ann Roehm, in the above reference matter.

        s/Sam Morgan
        Sam Morgan (P36694)
        Co-Counsel for Plaintiff
        Sommers Schwartz PC
        200 Town Center, Suite 900
        Southfield, Michigan 48075
        (248) 355-0300
        smorgan@sommerspc.com

Dated:    April 10, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2007, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

John F. Schaefer (P-19948) at bar@lfjfs.com
B. Andrew Rifkin (P-46147) at bar@lfjfs.com
Eugene Scalia at escalia@gibsondunn.com
Debra M. McCulloch (P-31995) at dmcculloch@dykema.com

and I hereby certify that I have mailed by United States Postal Service the papers to the following non-ECF participants: N/A

        s/Sam G. Morgan, (P-36694)
        Sommers Schwartz, P.C.
        2000 Town Center, Suite 900
        Southfield, Michigan 48075
        (248) 746-4040
        smorgan@sommerspc.com

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300