LIST OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Employment Agreement dated January 10, 2006 and Post-Termination Agreement and Covenant Not to Complete |