## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| "A" | Complaint, dated December 15, 2006 |
| "B" | Notice of Removal, dated January 10, 2007 |
| "C" | Post Termination Agreement and Covenant Not to Compete, dated January 10, 2006 |
| "D" | Letter agreement of employment, dated January 10, 2006 |
| "E" | Affidavit of Julie Roehm, dated April 16, 2007 |