# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JULIE ANN ROEHM,

                CASE NO. 07-10168

    Plaintiff,        HON. LAWRENCE P. ZATKOFF

v.

WAL-MART STORES, INC.,

    Defendant.

_____/

## ORDER GRANTING LEAVE TO FILE COUNTERCLAIM

This matter is before the Court on Defendant's motion for leave to file a counterclaim, filed on March 19, 2007. As Defendant represents that Plaintiff has no objection, the Court GRANTS Defendant's motion.

IT IS SO ORDERED.

                s/Lawrence P. Zatkoff
                LAWRENCE P. ZATKOFF
                UNITED STATES DISTRICT JUDGE

Dated: April 18, 2007

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on April 18, 2007.

                s/Marie E. Verlinde
                Case Manager
                (810) 984-3290