Case 2:07-cv-10168-LPZ-RSW   Document 16   Filed 05/10/2007   Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE ANN ROEHM,

    Plaintiff,

vs                          Case No. 2:07-CV-10168
                          HON. LAWRENCE P. ZATKOFF

WAL-MART STORES, INC.,

    Defendant.

---

| | |
|---|---|
| THE LAW FIRM OF JOHN F. SCHAEFER<br>BY:  JOHN F. SCHAEFER, (P-19948)<br>       ANDREW RIFKIN, (P-46147)<br>Attorneys for Plaintiff<br>380 North Old Woodward, Suite 320<br>Birmingham, Michigan 48009<br>(248) 642-6665<br><br>SOMMERS SCHWARTZ, P.C.<br>BY:  SAM G. MORGAN, (P-36694)<br>Co-Counsel for Plaintiff<br>2000 Town Center, Suite 900<br>Southfield, Michigan 48075<br>(248) 355-0300 | DYKEMA GOSSETT, PLLC<br>BY:  DEBRA M. McCULLOCH, (P-31995)<br>Attorney for Defendant<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, Michigan 48304<br>(248) 203-0756<br><br>GIBSON DUNN & CRUTCHER, LLP<br>BY:  EUGENE SCALIA<br>       KARL G. NELSON<br>       DAVID J. DEBOLD, (P-39278)<br>Co-Counsel for Defendant<br>1050 Connecticut Avesnue, N.W.<br>Washington, D.C. 20036<br>(202) 955-8500 |

---

### AFFIDAVIT OF JULIE ANN ROEHM

STATE OF Arkansas  )
                         )ss.
COUNTY OF Washington  )

    Julie Ann Roehm, being first duly sworn, deposes and says as follows:

LAW OFFICES SOMMERS SCHWARTZ, P.C. • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300
2000 TOWN CENTER

1. I make this Affidavit upon personal knowledge and state that the information specified below is true to the best of my knowledge, and if sworn as a witness, I would be competent to testify to same.

2. I was a citizen of the State of Michigan when I entered into the employment contract and Post Termination Agreement with Wal-Mart.

3. Along with my husband, I owned and lived in a home in Rochester Hills, Michigan at the time I accepted the job with Wal-Mart and entered into the employment contract and Post Termination Agreement. My husband and I put that home on the market for sale, listing it with a realtor, as we looked for and eventually purchased a home in Bentonville, Arkansas.

4. I commenced employment with Wal-Mart in Benetonville, Arkansas, on February 6, 2006.

5. In June 2006, after the school year was completed, my husband and our two children moved out of our Rochester Hills, Michigan home, and into our Bentonville, Arkansas home, with me.

6. My husband and I continue to own and (with our children) live in our home in Arkansas.

7. As is a common occurrence in Southeast Michigan, in 2006 and 2007, due to an extremely poor housing market (for sellers), our Rochester Hills home sits empty and has not yet sold.

8. Upon moving to Arkansas, I had no intention of remaining a citizen of Michigan or moving my family back to Michigan. I intended to stay in Arkansas as long as my employment with Wal-Mart continued, and I continue to live in my Arkansas as I search for new employment.

LAW OFFICES
SOMMERS SCHWARTZ, P.C.
2000 TOWN CENTER • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300

9. Upon moving to Arkansas, my minor children (grades 2 and Pre-K) were enrolled in school in the city of Fayetteville, Arkansas, where they continue to attend school.

10. Additionally, upon moving to Arkansas I purchased an automobile which is registered in Arkansas, as is our other family vehicle.

11. After moving to Arkansas, I registered to vote in Arkansas.

12. I joined a local Catholic Church parish in Arkansas.

13. My husband and I reported Arkansas as our home and State of residence on our 2006 Federal Income Tax returns.

14. Furthermore, I changed the billing address on all of my credit cards, insurance and other bills to my Arkansas home.

**FURTHER AFFIANT SAYETH NOT.**

_____
Julie Ann Roehm

Subscribed and sworn to before me this 20 day of April, 2007.

_____
Notary Public
Washington County, State of Arkansas
My Commission Expires: Oct 18, 2015

CHRIS S. MITCHEL
Washington County
Notary Public - Arkansas
My Commission Expires Oct. 18, 2015

LAW OFFICES
SOMMERS SCHWARTZ, P.C. • SUITE 900 • SOUTHFIELD, MICHIGAN 48075 • (248) 355-0300
2000 TOWN CENTER

3