# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

Julie Ann Roehm,

    Plaintiff,

vs.                                    CASE NO. 2:07-CV-10168

Wal-Mart Stores, Inc.,              Hon. Lawrence P. Zatkoff

    Defendant.

| | |
|---|---|
| John F. Schaefer (P19948) | Debra M. McCulloch (P31995) |
| B. Andrew Rifkin (P46147) | DYKEMA GOSSETT, PLLC |
| The Law Firm of John F. Schaefer | Attorneys for Defendant |
| Attorneys for Plaintiff | 39577 Woodward Avenue, Suite 300 |
| 380 N. Old Woodward, Suite 320 | Bloomfield Hills, MI 48304 |
| Birmingham, MI 48009 | (248) 203-0756 |
| (248) 642-6655 | |
| | Eugene Scalia |
| Sam G. Morgan (P36694) | Karl G. Nelson |
| Kevin J. Stoops (P64371) | David J. Debold (P39278) |
| Sommers Schwartz, P.C. | Gibson, Dunn & Crutcher LLP |
| Co-Counsel for Plaintiff | Of Counsel for Defendant |
| 2000 Town Center Suite 900 | 1050 Connecticut Avenue, N.W. |
| Southfield, MI 48075 | Washington D.C. 20036 |
| (248) 355-0300 | (202) 955-8500 |

**STIPULATED ORDER REGARDING DATES FOR SUBMISSION OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND AND AMENDMENT OF THE PLEADINGS**

      This matter having come before the Court upon the stipulation of the parties, the Court having held a Scheduling Conference on April 17, 2007, and at that time having given Defendant Wal-Mart Stores, Inc. ("Wal-Mart') thirty (30) days to file a response in opposition to Plaintiff's Motion to Remand; and the parties thirty (30) days to file amendments to the pleadings, and the Court being fully advised of the premises;

      IT IS HEREBY ORDERED that Defendant Wal-Mart's response in opposition to Plaintiff's Motion to Remand shall be filed on or before May 17, 2007.

     IT IS FURTHER HEREBY ORDERED that the parties shall file amendments to the pleadings on or before May 17, 2007.

                                            s/Lawrence P. Zatkoff
                                            U.S. DISTRICT COURT JUDGE

Dated: May 16, 2006

The foregoing order is hereby stipulated to:

| | |
|---|---|
| By: s/with consent B. Andrew Rifkin<br>    John F. Schaefer (P19948)<br>    B. Andrew Rifkin (P46147)<br>    The Law Firm of John F. Schaefer<br>    Attorneys for Plaintiff<br>    380 N. Old Woodward, Suite 320<br>    Birmingham, MI 48009<br>    (248) 642-6655<br>    bar@lfjfs.com | By: s/Debra M. McCulloch<br>    Debra M. McCulloch (P31995)<br>    Attorneys for Defendant<br>    Dykema Gossett PLLC<br>    39577 Woodward Avenue, Suite 300<br>    Bloomfield Hills, MI 48304<br>    (248) 203-0700/(734) 214-7646<br>    dmcculloch@dykema.com |
| By: s/with consent Sam G. Morgan<br>    Sam G. Morgan (P36694)<br>    Sommers Schwartz, P.C.<br>    Co-Counsel for Plaintiff<br>    2000 Town Center, Suite 900<br>    Southfield, MI 48075<br>    (248) 746-4040<br>    smorgan@sommerspc.com | By: s/with consent Karl G. Nelson<br>    Eugene Scalia<br>    Karl G. Nelson<br>    David J. Debold (P39278)<br>    Of Counsel for Defendant<br>    1050 Connecticut Avenue, N.W.<br>    Washington, D.C. 20036<br>    (202) 955-9500<br>    EScalia@gibsondunn.com |

BH01\756409.2
ID\DMM