## INDEX OF EXHIBITS

1. Exhibit A – *Nagalingam v. Wilson*, 8 Fed. Appx. 486 (6th Cir. 2001).

2. Exhibit B – LEXIS search results showing Plaintiff is registered to vote in Michigan.

3. Exhibit C – Cited portions of transcript and exhibits for May 11, 2007 deposition of Julie Ann Roehm.

4. Exhibit D – Copy of Plaintiff's Michigan driver's license, along with cover letter from Plaintiff's counsel.

5. Exhibit E – E-mail from SIRVA Relocation discussing the suggested list price for Plaintiff's Michigan home, and the actual list price.

6. Exhibit F – Declaration of Karl G. Nelson.

exhibits to walmart brief opposing remand.doc