# Exhibit B

None Friday, May 04, 2007 12:02:14 EST                                           Page 9 of 18

| Median Head of Household Age: | 30 |
|---|---|
| Median Income: | $31,731 |
| Median Home Value: | $166,000 |
| Median Education Level: | 18 years |

24: 300 RENAISSANCE CTR APT, DETROIT, MI 48243-1402

| Address | Dates | Phones | Actions |
|---|---|---|---|
| 300 RENAISSANCE CTR APT DETROIT, MI 48243-1402 COUNTY: WAYNE | | (313) 259-1122 (313) 259-8263 (313) 262-1800 838-6506 | Get Report |

Census Data for this Geographical Region

| Median Head of Household Age: | 36 |
|---|---|
| Median Income: | $28,750 |
| Median Home Value: | $0 |
| Median Education Level: | 14 years |

Voter Registrations

**Voter Registrations**

Back To Top
Voter Registrations (7)
View Voter Registration Sources

1: Michigan Voter Registration

| Registrant Information ||
|---|---|
| Name: | ROEHM, JULIE ANN |
| Address: | 1381 WHITEHOUSE CT ROCHESTER HILLS, MI 48306-3778 COUNTY: OAKLAND |
| SSN: | REDACTED |
| Gender: | Female |
| Voter Information ||
| Registration Date: | 08/23/2001 |
| Race: | Unknown |

2: Michigan Voter Registration

| Registrant Information ||
|---|---|
| Name: | ROEHM, JULIE ANN |
| Address: | 1381 WHITEHOUSE CT ROCHESTER HILLS, MI 48306-3778 COUNTY: OAKLAND |
| SSN: | REDACTED |
| Gender: | Female |
| Voter Information ||
| Registration Date: | 08/23/2001 |
| Voter Status: | Active |
| Date Last Voted: | 11/01/2002 |
| Race: | Unknown |

3: Michigan Voter Registration

| Registrant Information ||
|---|---|

| | |
|---|---|
| Name: | ROEHM, JULIE ANN |
| Address: | 1381 WHITEHOUSE CT<br>ROCHESTER HILLS, MI 48306-3778<br>COUNTY: OAKLAND |
| SSN: | REDACTED |
| Gender: | Female |
| **Voter Information** | |
| Registration Date: | 08/23/2001 |
| Voter Status: | Active |
| Date Last Voted: | 11/2002 |
| Race: | Unknown |

4: Michigan Voter Registration

| | |
|---|---|
| **Registrant Information** | |
| Name: | ROEHM, JULIE ANN |
| Address: | 1381 WHITEHOUSE CT<br>ROCHESTER HILLS, MI 48306-3778<br>COUNTY: OAKLAND |
| SSN: | REDACTED |
| Gender: | Female |
| **Voter Information** | |
| Voter Status: | Active |
| Date Last Voted: | 11/05/2002 |
| Race: | Unknown |

5: Michigan Voter Registration

| | |
|---|---|
| **Registrant Information** | |
| Name: | ROEHM, JULIE ANN |
| Address: | 1381 WHITEHOUSE CT<br>ROCHESTER HILLS, MI 48306-3778<br>COUNTY: OAKLAND |
| SSN: | REDACTED |
| Date of Birth: | 1970 |
| Gender: | Female |
| **Voter Information** | |
| Voter Status: | Active |
| Date Last Voted: | 11/02/2004 |
| Race: | Unknown |

6: Michigan Voter Registration

| | |
|---|---|
| **Registrant Information** | |
| Name: | ROEHM, JULIE ANN |
| Address: | 1381 WHITEHOUSE CT<br>ROCHESTER HILLS, MI 48306-3778<br>COUNTY: OAKLAND |
| SSN: | REDACTED |
| Date of Birth: | 1970 |
| Gender: | Female |
| **Voter Information** | |
| Voter Status: | Active |
| Date Last | 11/08/2005 |

|  | Voted: |  |
|---|---|---|
|  | Race: | Unknown |

**7: Michigan Voter Registration**

| Registrant Information | |
|---|---|
| Name: | ROEHM, JULIE ANN |
| Address: | 1381 WHITEHOUSE CT<br>ROCHESTER HILLS, MI 48306-3778<br>COUNTY: OAKLAND |
| SSN: | REDACTED |
| Date of Birth: | 1970 |
| Gender: | Female |
| Voter Information | |
| Registration Date: | 08/23/2001 |
| Voter Status: | Active |
| Date Last Voted: | 11/08/2005 |
| Race: | Unknown |

**Licenses**                                                        Back To Top
                                                            Driver Licenses (3)
**Driver Licenses**                                       View Driver License Sources

| Illinois Driver License | |
|---|---|
| Driver Information | |
| Name: | JULIE A HROBSKY |
| Address: | 70 W HURON ST<br>CHICAGO, IL 60610-7584<br>COUNTY: COOK |
| License Information | |
| Expiration Date: | 09/15/1997 |
| Additional Driver Information | |
| Date of Birth: | 09/1970 |
| Gender: | Female |
| History: | Historical |
| Height: | 509 |
| Weight: | 125 lbs. |
| Hair: | Blonde |
| Eyes: | Blue |

| Michigan Driver License | |
|---|---|
| Driver Information | |
| Name: | ROEHM JULIE ANN |
| Address: | 1381 WHITEHOUSE CT<br>ROCHESTER HILLS, MI 48306-3778<br>COUNTY: OAKLAND |
| License Information | |
| Type: | Operators |
| Additional Driver Information | |
| Date of Birth: | 09/1970 |
| Gender: | Female |