# Exhibit

# C

Dockets.Justia.com

ORIGINAL TRANSCRIPT

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIE ANN ROEHM,                    )
                                    )
                Plaintiff,          )
                                    )
vs.                                 )  CASE NO. 2:07-CV-10168
                                    )
WAL-MART STORES, INC.,              )
                                    )
                Defendant.          )
_____)

### DEPOSITION OF JULIE ANN ROEHM

Taken at 5414 Pinnacle Point Drive, Suite

500, Rogers, Arkansas, on May 11, 2007, at 12:15 p.m.

#### APPEARANCES

**MR. SAM G. MORGAN**                    FOR THE PLAINTIFF
Sommers Schwartz Law Offices
2000 Town Center, Suite 900
Southfield, Michigan  48075-1100
(248) 746-4008
(248) 936-2148 Fax
       -AND-
**MR. B. ANDREW RIFKIN**
The Law Firm of John F. Schaefer
380 N. Old Woodward Avenue, Ste. 320
Birmingham, Michigan  48009
(248) 642-6655
(248) 642-7878 Fax

**MR. KARL G. NELSON**                    FOR THE DEFENDANT
Gibson, Dunn & Crutcher LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas  75201-6911
(214) 698-3203
(214) 571-2954 Fax

**Donald Court Reporting, Inc.**

*Court Reporting Excellence Since 1981*

P.O. Box 1733, Springdale, Arkansas 72765-1733

479.756.2256
888.438.7836
FAX 479.751.9153

www.getsteno.com

```
 1              I N D E X

 2  TESTIMONY BY JULIE ANN ROEHM                    Page

 3        Examination by Mr. Nelson-----------------------3
          Examination by Mr. Morgan---------------------55
 4        Reexamination by Mr. Nelson--------------------60

 5

 6

 7              E X H I B I T S

 8  Deposition
 9  Exhibit                                          Marked

10  1 (Complaint)------------------------------------------4
    2 (Chicago Sun Times Article, December 6, 2006)-------8
11  3 (Brandweek.com Article)----------------------------10
    4 (E-mails dated March 6, 2006)---------------------13
12  5 (E-mails dated March 7 and 8, 2006)----------------15
    6 (E-mails dated April 3 and 4, 2006)--------------17
13  7 (E-mails dated June 2, 2006)------------------------19
    8 (E-mails dated August 20, 2006)--------------------22
14  9 (Northwest Airlines Flight Information)------------35
    10 (Letter dated January 10, 2006)-------------------46
15  11 (Arkansas Secretary of State Printout)-----------53

16

17

18

19

20

21

22

23

24

25
```

1      JULIE ANN ROEHM, having been called upon to

2  testify in the form of a deposition, and having been duly

3  sworn, testified as follows, to wit:

4                    EXAMINATION

5  BY MR. NELSON:

6  Q.    Ms. Roehm, I'm Karl Nelson.  I introduced myself

7  earlier.  And I'm here representing Wal-Mart Stores.  I

8  assume you know that.

9      Let's just get a couple of preliminary things out of

10 the way.  For the court reporter's benefit, would you give

11 her your full legal name?

12 A.    Julie Ann Roehm.

13 Q.    And I guess maybe just so that we can all be on the

14 same page, have you testified before either at a

15 deposition or at a trial?

16 A.    Yes.  In a deposition.

17 Q.    Okay.  Once or multiple times?

18 A.    Once.

19 Q.    All right.  I'm sure that your attorneys have

20 probably talked with you about the process this time and

21 probably that time, as well.  So I won't spend a lot of

22 time on it, but if you have questions, stop me.

23     You know, one thing that I'll ask you to do, and I'm

24 sure they've mentioned to you, is to give verbal answers

25 to my questions --

1    A.    Okay.

2    Q.    Did you have some prior dealings with Mr. Schaefer,

3    or how did --

4                MR. NELSON:  Objection, relevance.

5    A.    Do I still answer?

6    Q.    (Mr. Nelson continued.)  Yes.

7    A.    Yes?

8                MR. MORGAN:  Yes.

9    A.    Yes.  Yes, I had called him prior.

10    Q.    (Mr. Nelson continued.)  Okay.  Prior to your

11    termination.

12    A.    Yes.

13    Q.    Okay.  Did you have contact with any attorneys here

14    in Arkansas?

15    A.    No, not besides Mr. Mars.

16    Q.    Okay.  All right.  That's a fair answer.

17          In terms of possibly representing you or bringing a

18    lawsuit, you had no contact with anybody here.

19    A.    That's correct.

20                MR. MORGAN:  I'm going to object to the form

21    of the question, calls for attorney-client privileged

22    communication.

23    Q.    (Mr. Nelson continued.)  Well, with regard to

24    anything on your behalf, you had no contact with an

25    attorney here.

```
 1   children continued to live in that home until, what,

 2   mid-June of '06, roughly?

 3   A.    That's correct, until the children finished school,

 4   the school year.

 5   Q.    All right.  Since -- since June of '06, has anyone

 6   else lived in the home or resided in the home temporarily?

 7   A.    In Rochester Hills, Michigan?

 8   Q.    Yeah.

 9   A.    No.

10   Q.    Okay.  You haven't had any renters or family members

11   who have stayed there or anything?

12   A.    No.  The home is empty.

13   Q.    Again, correct me if I'm wrong, but I think what I

14   understand, from looking at the documents, is you closed

15   on the house here in Arkansas around that same time,

16   mid-June of 2006?

17   A.    I believe that's right.

18   Q.    Okay.  Looking at -- back at -- I can show you if we

19   need to, but looking back at your travel records, your

20   corporate travel records, it looks like maybe with the

21   exception of one weekend, basically from February to the

22   middle of June --

23   A.    Uh-huh.

24   Q.    -- you spent the weekends back in Detroit.

25   A.    That's correct.
```

1    A.    Uh-huh.

2    Q.    -- 2006, that sound about right?

3    A.    That does.

4    Q.    Okay.  I guess while we're talking about the

5    relocation issues in the offer letter, I'll just ask you a

6    couple questions about that.

7         (Wherein, Deposition Exhibit 10 was marked.)

8    Q.    (Mr. Nelson continued.)  Exhibit 10, I believe we

9    can agree, is the employment offer letter you received

10   from Wal-Mart.

11   A.    Yes.

12   Q.    Okay.  Take as much time as you want to to review

13   it, but I assume that you're generally familiar with it.

14   A.    Yes.

15   Q.    I just want to ask you a couple questions about

16   Roman Numeral III entitled "Relocation."

17   A.    Yes.

18   Q.    So under the first part of that section, A, it

19   provides that Wal-Mart will basically move your family to

20   Arkansas.

21   A.    Correct.

22   Q.    And I assume that Wal-Mart provided those benefits.

23   A.    Yes.

24   Q.    Okay.  Let me jump down to C.  It talks about this

25   75,000-dollar after-tax amount to assist with sort of, I

1    guess, a budget of all kinds of expenditures.

2    A.    Uh-huh.

3    Q.    It says "En route expenditures, temporary living

4    expenditures, incidental expenditures."

5         It goes on to say in the next paragraph, which isn't

6    designated by a new letter, that within the relocation and

7    temporary living allowance, there's been an allocation for

8    six months of temporary living.

9    A.    Uh-huh.

10   Q.    Let me just stop there for a minute and ask you,

11   before you closed on your house here, were you living in

12   an apartment, or where did you live while you were in

13   Arkansas?

14   A.    I lived at the Hampton Inn.

15   Q.    Okay.  So I assume that in part, that grossed-up

16   $75,000 is intended to help cover that cost.

17   A.    That's correct.

18   Q.    After you closed on the house here --

19   A.    Uh-huh.

20   Q.    -- as I understand this, it -- I think I understand.

21   Let me ask you.  Did Wal-Mart cover your mortgage payments

22   in Michigan for six months?

23   A.    Yes.

24   Q.    Okay.  And I guess if I'm reading this correctly -

25   you tell me if you had a different understanding - it says

1  that Wal-Mart will cover your -- I guess the lesser

2  mortgage --

3  A.    That's --

4  Q.    -- for six months.  And then the last sentence says

5  "This benefit may be extended based on discussions with

6  your direct supervisor provided that you've engaged

7  Wal-Mart's relocation team for the marketing of your

8  home."  So it left open the prospect that they might cover

9  the double mortgage problem for some time beyond six

10 months.

11 A.    That's correct.

12 Q.    Okay.  And you had, in fact, engaged Wal-Mart's

13 relocation team --

14 A.    Yes.

15 Q.    -- for the sale in Michigan; right?

16 A.    Sorry.  Just to clarify Wal-Mart's relocation team.

17 I was engaged with SIRVA, who, based on this conversation,

18 I'm assuming that that is the proxy for the Wal-Mart's

19 relocation team, just to be clear.

20 Q.    Fair enough.

21       Did you have any discussions with Mr. Fleming or

22 others at Wal-Mart about when you would be actually moving

23 your family down, the timing of that?

24 A.    I'm certain I did.

25 Q.    Did you -- Well, do you recall any of those

1   Q.    All right.

2   A.    In fact, obviously, I know I did.  Yes.

3   Q.    All right.  And I take it, by virtue of your

4   attorneys having produced this to us, that you don't have

5   an Arkansas driver's license.

6   A.    That's correct.

7   Q.    I suppose I should be a little more precise, because

8   I don't mean to be vague.  You said that you were in

9   California from sometime in '96 to sometime in '98, I

10  believe?

11  A.    That's correct.

12  Q.    Can you put a month on it or give me anything -- any

13  better idea how long you were there?

14  A.    Sometime in the summer of '96 and then spring of

15  '98, I believe, so I think it was just shy of two years.

16  Q.    Okay.  I understand that you still have a bank

17  account in Michigan with an entity that goes by DFCU?

18  A.    That's correct.

19  Q.    Is that Detroit Federal Credit Union?

20  A.    No.  It's Dearborn Federal Credit Union.

21  Q.    Dearborn Federal Credit Union.  Okay.

22        I assume that's an account that you opened when you

23  were living in Michigan.

24  A.    Yes.  In fact, I believe I opened it when I lived in

25  Michigan the first time, so prior to the California stint.

1    Q.    Okay.  So you kept it while you were in California?

2    A.    Yes, I believe so.

3    Q.    Then obviously when you were back in Michigan for

4    the longer time.

5    A.    Yes.

6    Q.    And you still have that account.

7    A.    Yes.

8    Q.    And that's the account -- if I'm looking at the

9    documentation correctly, that's the account that you had

10   your payroll deposited in by direct deposit while you were

11   working at Wal-Mart?

12   A.    Yes, that's true.

13   Q.    Okay.  So that was the account that you used as sort

14   of your main checking account during that time?

15   A.    That's correct.

16   Q.    What about -- You may recall that we had requested

17   voter registration information.

18   A.    Right.

19   Q.    At least as of the last thing I'd heard, you had had

20   trouble finding that.

21   A.    And we still haven't located it.  My -- just to be

22   clear with the voter registration, my recollection is that

23   when I purchased my new vehicle down here at a local

24   dealership in the Bentonville/Rogers area, going to

25   register the vehicle and pay the taxes on it, there were

1   A.     Okay.

2   Q.     I mean could that, in fact, be accurate?

3   A.     It -- it's possible.  Again, I thought for certain

4   that there was a sheet that I had checked.

5          I know that that's the process that they use in

6   Michigan, as well.  That's how you register to vote, when

7   you register your vehicles.

8          So I -- I fully had a recollection that there was a

9   sheet of paper that I marked for -- is it possible that it

10  wasn't a voter registration now that you're showing this;

11  it was some other registration?  It's possible.  But I

12  fully believed -- I would have gone to the polls next year

13  to vote for our President, believing that I was

14  registered.

15  Q.     I guess that's a fair point.

16  A.     Okay.

17  Q.     I take it that you didn't vote in the November

18  elections here in Arkansas last year.

19  A.     That's correct.

20  Q.     Or in any elections in Arkansas since you've been

21  here.

22  A.     That's correct.

23         I don't typically vote in state elections.  I'm not

24  sure if that makes me a bad person, but I just never have.

25  Sorry.

| Message2410 | |
| --- | --- |
| **Subject:** | **RE: FW: For the Call Today -- Cars Custom Animation Script** |
| **From:** | Julie Roehm |
| **Date:** | 4/4/2006 7:09:20 AM |
| **To:** | Sean Womack |
| **Message Body** | |

Me too but I'm counting on you and your cnnections for the start up now - I don't know any trillionnaires

-----Original Message-----
From: Sean Womack
Sent: Mon Apr 03 21:28:26 2006
To: Julie Roehm
Subject: RE: FW: For the Call Today -- Cars Custom Animation Script

So, when all this madness is done, and you go on to start your marketing services company, put me at the top of your first to call list. I think we kick. But that's just me.

-----Original Message-----
From: Julie Roehm
Sent: Mon Apr 03 21:24:28 2006
To: Sean Womack
Subject: RE: FW: For the Call Today -- Cars Custom Animation Script

I know and thanks. You are the glue and I really appreciate it.

-----Original Message-----
From: Sean Womack
Sent: Mon Apr 03 21:19:52 2006
To: Julie Roehm
Subject: RE: FW: For the Call Today -- Cars Custom Animation Script

Yes, I get it. It was just a day of "fix this, fix that" executional creative stuff all day. I'm just tired. That's all.



DEPOSITION
EXHIBIT

-----Original Message-----
From: Julie Roehm
Sent: Mon Apr 03 21:15:22 2006
To: Sean Womack
Subject: RE: FW: For the Call Today -- Cars Custom Animation Script

I've seen this movie (the unfinished veesion) and its done so this car would be in ads only - not in

the film.

-----Original Message-----
From: Sean Womack
Sent: Mon Apr 03 20:54:15 2006
To: Julie Roehm
Subject: FW: For the Call Today -- Cars Custom Animation Script

Just so you know, I love getting this kind of last minute, out-of-the-loop request for feedback and ideas overnight. Send all those my way you can.

No action required.

Just FYI...no one else to talk to about the crazy stuff.


-----Original Message-----
From: Greg Hall - Marketing
Sent: Mon Apr 03 18:18:56 2006
To: Steve Bratspies; Sean Womack
Subject: FW: For the Call Today -- Cars Custom Animation Script

Steve and Sean:

Out of several conversations with John and Stephen, Disney/Pixar has offered to create an animated character of a Wal-Mart truck.(an early draft is attached). The vision is to create a 30 second spot that would support the launch of the Cars DVD in November. Animation being what it is, Disney needs us to approve a script by Wednesday. (One option is attached that has Mater and the truck talking on the highway). Disney/Pixar will recommend voices back to us, but the personality for the truck would be mature, warm, with lots of common sense. Not southern and not rough. Also, do we want to name the truck? They recommend that we give it a name and are brainstorming on some now. I think this is a great opportunity and apologize for the short fuse, but I need your feedback.

Thanks
-----Original Message-----
From: Siditsky, Andy [mailto:Andy.Siditsky@disney.com]
Sent: Monday, April 03, 2006 3:17 PM
To: Gibson, Lisa; Buena Vista Hom - Jim Davis; Greg Hall - Marketing
Subject: Re: For the Call Today -- Cars Custom Animation Script
Importance: High


Greg--as discussed attached is a very rough, work in progress, image of our CARS/Walmart Truck. It's great to be working with you on this, and we look forward to hearing the feedback--
Thanks!
Andy

> From: "Gibson, Lisa" <Lisa.Gibson@email.disney.com>
> Date: Mon, 3 Apr 2006 11:49:05 -0700
> To: "Siditsky, Andy" <Andy.Siditsky@email.disney.com>, "Davis, Jim"
> <Jim.Davis@email.disney.com>, Greg Hall - Marketing <Greg.Hall@samsclub.com>
> Conversation: For the Call Today -- Cars Custom Animation Script
> Subject: For the Call Today -- Cars Custom Animation Script
>
>

| Outlook Header Information |
|---|
| Conversation Topic: For the Call Today -- Cars Custom Animation Script |
| Subject: RE: FW: For the Call Today -- Cars Custom Animation Script |
| From: Julie Roehm |
| Sender Name: Julie Roehm |
| To: Sean Womack |
| Delivery Time: 4/4/2006 7:09:20 AM |
| Creation Time: 4/4/2006 7:09:20 AM |
| Modification Time: 4/4/2006 7:09:21 AM |
| Submit Time: 4/4/2006 7:09:20 AM |
| Importance: Normal |
| Sensitivity: Normal |
| Flags: 1 = Read |
| Size: 7465 |

| Message1161 | |
|---|---|
| **Subject:** | RE: Thanks |
| **From:** | Julie Roehm |
| **Date:** | 6/2/2006 3:41:46 PM |
| **To:** | Sean Womack |
| **Message Body** | |

Let's do Mexican...Monday night? Can you get another get out of jail card? Be done by 8?

-----Original Message-----
From: Sean Womack
Sent: Fri Jun 02 15:37:47 2006
To: Julie Roehm
Subject: RE: Thanks

I wish you would've said something last night.

We do need to discuss it. It's just sitting there.

We're both very similar and probably never made room for someone else. I've not had someone I didn't mind leaving behind. Now I'm worried about keeping up.

Next week?

Bad sushi or bland Thai?


-----Original Message-----
From: Julie Roehm
Sent: Fri Jun 02 15:30:34 2006
To: Sean Womack
Subject: RE: Thanks

There is no competition, only insecurity on my part. We needed to have one more drink last night to talk about this...but I promise not to spar and to always put my issues aside in favor of our friendship and partnership.

-----Original Message-----
From: Sean Womack
Sent: Fri Jun 02 15:27:54 2006
To: Julie Roehm
Subject: RE: Thanks

You have to promise me we will not spar. That's not an option for me.

I need you to agree with me that there is no competition between us.

I'm genuinely worried about this.

DEPOSITION
EXHIBIT
7
Roehm

And I'm not being too sensitive...


-----Original Message-----
From: Julie Roehm
Sent: Fri Jun 02 15:18:10 2006
To: Sean Womack
Subject: RE: Thanks

Hmmm, I was thinking that maybe we were more like twins since we think so similarly (and who knows, my hair may have been close to your color if I didn't color up the grays).

You need to be on stage with me. When you and I leave here, presuming we don't become sparring siblings, we both need to have a face in the industry...u may be my marketing soul mate so I have to get you out there!:)

-----Original Message-----
From: Sean Womack
Sent: Fri Jun 02 15:15:06 2006
To: Julie Roehm
Subject: RE: Thanks

Yes, my younger, more talented always in the spotlight lil sis who I watch proudly from just offstage.


-----Original Message-----
From: Julie Roehm
Sent: Fri Jun 02 15:12:34 2006
To: Sean Womack
Subject: RE: Thanks

Without you these past 4 months, I would have spiralled out of control...

Do I get to be the little sister??:)

-----Original Message-----
From: Sean Womack
Sent: Fri Jun 02 15:04:23 2006
To: Julie Roehm
Subject: RE: Thanks

Back to spikey. You'll like it.

Yes, more lunches.

I've decided that you are like the sister I always wanted but never had.

Your are making my work/life fun. Just make sure you take me with you.

Sean

 -----Original Message-----
From: Julie Roehm
Sent: Fri Jun 02 14:51:43 2006
To: Sean Womack
Subject: Thanks

For lunch...we need to just plan those on a regular basis...hows the gair lookin?

---

**Outlook Header Information**

Conversation Topic: Thanks
Subject: RE: Thanks
From: Julie Roehm
Sender Name: Julie Roehm
To: Sean Womack
Delivery Time: 6/2/2006 3:41:46 PM
Creation Time: 6/2/2006 3:41:46 PM
Modification Time: 6/2/2006 3:41:46 PM
Submit Time: 6/2/2006 3:41:46 PM
Importance: Normal
Sensitivity: Normal
Flags: 1 = Read
Size: 6119

| | |
|---|---|
| **From:** | Weisman, Tony |
| **Sent:** | Sunday, August 20, 2006 9:22 PM |
| **To:** | 'slowmack@gmail.com'; 'roehm.julie@gmail.com' |
| **Subject:** | Re: Continued conversation... |

Sean,

Thanks for the note. Glad last night's conversation was real, it was for us as well.

We like you guys as well: your smarts, style and desire to make a difference.

This could really be very special.

Let us get back to you in a day or so with some thoughts on the best way forward, when and where to chat prior to the 20th.

Take care.

T

-----Original Message-----
From: Sean Womack <slowmack@gmail.com>
To: Weisman, Tony; Julie Roehm <roehm.julie@gmail.com>; slowmack@gmail.com <slowmack@gmail.com>
Sent: Sun Aug 20 22:09:48 2006
Subject: Continued conversation...

Tony,

Julie and I spent the morning talking about our conversations with you, and we are both very interested in continuing this discussion. I thought I'd take a minute and capture some of our thoughts & surface some questions we have. Might help us make some progress between now and the 20th (okay, so I'm impatient and now you know).

First of all, we are very impressed with you and Howard. We had a great time last night and I think there is a connection there and we have a sense that you'd be great guys to build something with. You are smart entrepreneurs, risk takers and change agents. Our kind of people.

It would be good to know who your other key people are in the organization. Who are they? Where did they come from? What are they doing for you now? Where are you light?

Next is why this is interesting to us. We mentioned you guys, but lest you think too highly of your own powers of persuasion (and they are
formidable) there are some other reasons. We think you have the right model. No line. One P&L. Transformational Business Ideas. Left-brained data junkies melded with Right-brained creative thinkers. This is game-changing and something we'd love to help become a reality.

We've seen the pitch (you know the one where you screwed up the
ending) and heard you sell it, but we'd like to see under the hood a bit more. Where are you headed? Vision? Next 3-5 years. Clients you covet. Ideas that are percolating. Etc.

1



Another interest point is the timing. Getting invovled sooner rather than later makes sense b/c the cement is setting. I know we discussed this briefly, but there really are some relational constraints on our end that make this tricky. Nothing is impossible, but there are some people-side realities we have to consider.

So, what is your timeframe? What do the next 60-360 days look like for you guys? When will it be too late? I am speaking from a business development, culture development and an equity standpoint. Just want to know how you see things gelling. I know Julie has said next birthday, but we do need to understand your key milestones as well.

Speaking of equity...we're both interested in having a stake in our next gig. I've missed out it once, so this one is mandatory next round. More importantly to you, in the two of us you have a team that can help lead your organization in a powerful way. But the opportunity will need to be broad enough.

Part of the allure of WM is the breadth of businesses and the span of media channels. Just working on a single account (even globally) might not provide enough stimulus for our cumulative ADD. We'd like to be working on new business development, new model development, big client problems across the network, around the world. The international aspect of Saatchi X was one of my real pleasures and something I miss from that gig.

So, how are you guys structured across the organization? Regions?
Clients? Matrix'd? Where/how do you see us fitting? How flexible can you/we be? Need a global SWAT team?

Okay, so I could go on, and I will at some point in time, but for now this is the majority of the big important questions. You can mull on them or answer them, but know that we'll certainly be talking about them a lot between now and the 20th.

Talk soon.

Sean & Julie

P.S. These gmail accounts are WM safe. So, we can have candid conversations.






✓ **Elections**          Back to Secretary of State Home Page


**Search Your Voter Registration Information**


**Search Your Polling Place**


**Search Your Absentee Ballot**

No registrants were found with the criteria entered.

**Registrant Search**

* First Name    Julie

Middle Name

* Last Name    Roehm

Suffix 

Voter ID

* Date of Birth    Sep  /  15  /  1970

County

Fields marked with an asterisk * are required.



© Copyright 2006 Election Systems and Software. All rights reserved.

**DEPOSITION EXHIBIT**
*Roehm* 11

Site Map | Accessibility Policy | Privacy Statement | Security Statement

1                        C E R T I F I C A T E

2    STATE OF ARKANSAS )
                       )
3    COUNTY OF BENTON  )

4            I, SHEILA B. ALEXANDER, Certified Court
     Reporter, a notary public in and for the aforesaid county
5    and state, do hereby certify that the witness, JULIE ANN
     ROEHM, was duly sworn by me prior to the taking of
6    testimony as to the truth of the matters attested to and
     contained therein; that the testimony of said witness was
7    taken by me in Stenotype and was thereafter reduced to
     typewritten form by me or under my direction and
8    supervision; that the foregoing transcript is a true and
     accurate record of the testimony given to the best of my
9    understanding and ability.

10           I FURTHER CERTIFY that I am neither counsel for,
     related to, nor employed by any of the parties to the
11   action in which this proceeding was taken; and, further,
     that I am not a relative or employee of any attorney or
12   counsel employed by the parties hereto, nor financially
     interested, or otherwise, in the outcome of this action;
13   and that I have no contract with the parties, attorneys,
     or persons with an interest in the action that affects or
14   has a substantial tendency to affect impartiality, that
     requires me to relinquish control of an original
15   deposition transcript or copies of the transcript before
     it is certified and delivered to the custodial attorney,
16   or that requires me to provide any service not made
     available to all parties to the action.

17
             IN WITNESS WHEREOF, I have hereunto set my hand
18   and affixed my seal of office this 14th day of May, 2007.

19

20              _Sheila B. Alexander_
                ─────────────────────────────────────────
21              SHEILA B. ALEXANDER, CCR, RMR, CRR
                LS #586
22              NOTARY PUBLIC
                In and for the County of Benton
23              State of Arkansas

24   My Commission Expires
     December 9, 2008
25

OFFICIAL SEAL
SHEILA B. ALEXANDER, RMR
CERTIFIED COURT REPORTER
ARKANSAS SUPREME COURT
LS NO. 586
NOTARY PUBLIC - ARKANSAS
My Commission Expires Dec. 09, 2008

DONALD COURT REPORTING, INC.
P.O. Box 1733  Springdale, AR  72765-1733
(479)756-2256  FAX: (479)751-9153