# Exhibit D



THE LAW FIRM
OF
**JOHN F. SCHAEFER**
A PROFESSIONAL LIMITED LIABILITY COMPANY

380 NORTH OLD WOODWARD AVENUE, SUITE 320
BIRMINGHAM, MICHIGAN 48009

TELEPHONE (248) 642-6655
TELEFACSIMILE (248) 642-7878

JOHN F. SCHAEFER
MARK A. BANK [1]
B. ANDREW RIFKIN [2]

WAYNE COUNTY OFFICE
130 KERCHEVAL AVENUE
GROSSE POINTE FARMS, MI 48236
TELEPHONE (313) 881-1300

[1] ALSO MEMBER OF MARYLAND, VIRGINIA
AND THE DISTRICT OF COLUMBIA BARS
[2] ALSO MEMBER OF COLORADO BAR

May 10, 2007

*Via Facsimile*

Debra M. McCulloch, Esq.
Dykema Gossett, PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304

    Re:    Julie Ann Roehm v Wal-Mart Stores, Inc.

Dear Debra:

    I have attached to this letter the signature page for Julie Roehm's answers to the request for documents, and a copy of her driver's license to be added to the documents behind Tab #9.

                              Sincerely,

                              B. Andrew Rifkin

BAR/sl
Enclosure
cc:    Karl Nelson, Esq. (w/o enclosures)
        Eugene Scalia, Esq. (w/o enclosures)
        Sam Morgan, Esq. (w/o enclosures)

