# Exhibit

# E

1301 WHITE HOUSE CT.

**From:**    SIRVA Re-Location Services-Lindsey Porter
**Sent:**    Tuesday, May 08, 2007 8:59 AM
**To:**    Medina Mcdade
**Cc:**    SIRVA - Sarah DeBuhr
**Subject:** Roehm/72576

Hi Medina,

Here are my findings. Let me know if I have left anything out or if you need further info. I hope this helps!

Julie Roehm / 72576

Authorization date: 1/17/06
BMA #1 Suggested List Price: $585,000
BMA #2 Suggested List Price: $520,000
BMA #3 Suggested List Price: $550,000
Avg MPSP: $555,250
SIRVA Suggested List Price: $550,000
BMA Review Date: 1/31/06
List Date: 2/13/06
List Price: $589,000
Price reductions:
      05/17/06 $569,000
      07/27/06 $550,000
      10/19/06 $549,000 (relist)
      10/27/06 $525,000
There was one verbal offer but nothing materialized as they could not agree upon price.

Have a good one,
Lindsey


Lindsey Porter
SIRVA Relocation, Wal-Mart Team
Associate Relocation Counselor

O - 866-925-7356 x2
F - 763-277-3797
C - 501-590-9113

702 SW 8th Street
Bentonville, AR 72716-0325

www.nwark.org


CONFIDENTIALITY NOTICE: The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may be privileged and confidential. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer.


5/8/2007