# Exhibit F

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JULIE ANN ROEHM,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | CASE NO. 2:07-cv-10168<br><br>Judge Lawrence P. Zatkoff<br>Mag. Judge R. Steven Whalen |

THE LAW FIRM OF JOHN F. SCHAEFER
JOHN F. SCHAEFER, (P-19948)
ANDREW RIFKIN, (P-46147)
Attorneys for Plaintiff
380 North Old Woodward, Suite 320
Birmingham, Michigan 48009
(248) 642-6665

SOMMERS SCHWARTZ, P.C.
SAM G. MORGAN, (P-36694)
KEVIN J. STOOPS, (P-64371)
Co-Counsel for Plaintiff
2000 Town Center, Suite 900
Southfield, Michigan 48075
(248) 355-0300

DYKEMA GOSSETT PLLC
DEBRA M. MCCULLOCH (P-31995)
JOSEPH A. RITOK, JR. (P-25472)
Attorneys for Defendants
39577 Woodward Avenue, Suite 300
Bloomfield Hills, MI 48304
(248) 203-0785

GIBSON, DUNN & CRUTCHER LLP
EUGENE SCALIA
KARL G. NELSON
DAVID J. DEBOLD (P-39278)
Of Counsel for Defendant
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-9500

## DECLARATION OF KARL G. NELSON

I, Karl G. Nelson, declare as follows:

1. I am counsel of record in the above-captioned action.

2. I respectfully submit this declaration in support of Defendant's Brief in Response to Plaintiff's Motion to Remand.

3. The exhibits attached to Defendant's Brief in Response to Plaintiff's Motion to Remand are true and correct copies of those documents, except for portions containing potentially sensitive information regarding Plaintiff, which have been redacted for Plaintiff's benefit.

4. Attached as Exhibit B to Defendant's Brief in Response to Plaintiff's Motion to Remand are the results of a LexisNexis search conducted by Defendant, which contain records pertaining to Plaintiff's voter registration.

5. Attached as Exhibit E to Defendant's Brief in Response to Plaintiff's Motion to Remand is a May 8, 2007 e-mail from SIRVA Relocation regarding the suggested and actual list prices for Plaintiff's home in Michigan.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this __17th__ day of May, 2007.

_____
Karl G. Nelson

100226113_2.DOC