## **LIST OF EXHIBITS**

| Exhibit | Description |
|---|---|
| A | January 10, 2006 employment offer letter and Post-Termination Agreement & Covenant Not to Compete |