## INDEX OF EXHIBITS

1. Exhibit A – Selected pages of Plaintiff's cellular phone records.

2. Exhibit B – Map displaying location of telephone area codes in Michigan.

3. Exhibit C – Declaration of Karl G. Nelson.