# EXHIBIT

# A

Dockets.Justia.com

**verizon** wireless
We never stop working for you®

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|

## Summary for Daimler Chrysler Corp: 248–346–0602

### Your Calling Plan

**America's Choice II 4000 Any Uni N&W and Uni IN Calling $149.99 0705**
$149.99 monthly access charge
4000 monthly general allowance minutes
$.25 per minute after allowance

**21% Access discount**

**Unlimited N&W Minutes**

**Natl IN Calling–Unlim**
Unlimited monthly IN Calling minutes

**Uni IN MSG/50msg $5**
$5.00 monthly access charge
Unlimited monthly IN TXT
Unlimited monthly IN PIX–FLIX
50 monthly message allowance
$.10 per message after allowance

### Charges

**Monthly Access Charges**

| | |
|---|---|
| Current Calling Plan 04/20 – 05/19 | 149.99 |
| 21% Access discount 04/20 – 05/19 | –31.50 |
| Uni IN MSG/50msg $5 04/20 – 05/19 | 5.00 |
| Mobile Web 2.0 Sp $5.00 04/20 – 05/19 | 5.00 |
| | **$128.49** |

**Usage Charges**

| | |
|---|---|
| Voice | 18.82 |
| Data | 13.94 |
| | **$32.76** |

**Verizon Wireless' Surcharges**

| | |
|---|---|
| Fed Universal Service Charge | 3.73 |
| Regulatory Charge | .04 |
| Administrative Charge | .70 |
| | **$4.47** |

**Taxes, Governmental Surcharges and Fees**

| | |
|---|---|
| MI Operational 911 Charge | .29 |
| MI State Use Tax | 8.50 |
| | **$8.79** |
| **Total Current Charges for 248–346–0602** | **$174.51** |

### Usage Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| **Unbilled Usage from Previous Months** | | | | | |
| (Minutes are applied against any remaining allowance for the month in which the call was made) | | | | | |
| Calling Plan | minutes | | 102 | –– | –– |
| Promotional | minutes | | 1 | –– | –– |
| IN Calling | minutes | | 33 | –– | –– |
| **Current Usage** | | | | | |
| Calling Plan | minutes | 4000 | 2144 | –– | –– |
| Promotional | minutes | | 560 | –– | –– |
| IN Calling | minutes | unlimited | 560 | –– | –– |
| 411 Connect | calls | –– | 10 | 10 | 14.90 |
| Long Distance – Other | | | | | 3.92 |
| **Total Voice** | | | | | **$18.82** |
| **Data** | | | | | |
| Unlimited IN TXT | messages | unlimited | 8 | –– | –– |
| TXT/PIX–FLIX | messages | 50 | 130 | 80 | 8.00 |
| Premium TXT Messaging | messages | –– | 6 | 6 | 5.94 |
| **Total Data** | | | | | **$13.94** |
| **Total Usage Charges** | | | | | **$32.76** |

View your bill and call details online for FREE. Log into My Account at www.verizonwireless.com.

Order #: 4019 Copy #: 10      Control #:10051201-00139943



## Summary for Daimler Chrysler Corp: 248-346-0602 (Includes Calling Plan Change)

### Your Calling Plan

**America's Choice II 4000 Any Uni N&W and Uni IN Calling $149.99 0705**
$149.99 monthly access charge
4000 monthly general allowance minutes
$.25 per minute after allowance

**21% Access discount**

**Unlimited N&W Minutes**

**Natl IN Calling—Unlim**
Unlimited monthly IN Calling minutes

**Uni IN MSG/50msg $5**
$5.00 monthly access charge
Unlimited monthly IN TXT
Unlimited monthly IN PIX-FLIX
50 monthly message allowance
$.10 per message after allowance

### Charges

**Monthly Access Charges**

| | |
|---|---|
| Previous Calling Plan Refund 02/20 – 03/19 | –99.99 |
| Current Calling Plan 02/20 – 03/19 | 149.99 |
| Current Calling Plan 03/20 – 04/19 | 149.99 |
| Access discount 02/20 – 03/19 | 21.00 |
| 21% Access discount 02/20 – 03/19 | –31.50 |
| 21% Access discount 03/20 – 04/19 | –31.50 |
| Uni IN MSG/50msg $5 03/20 – 04/19 | 5.00 |
| Mobile Web 2.0 Sp $5.00 03/20 – 04/19 | 5.00 |
| | **$167.99** |

**Usage Charges**

| | |
|---|---|
| Voice | 111.27 |
| Data | 4.50 |
| | **$115.77** |

**Verizon Wireless' Surcharges**

| | |
|---|---|
| Fed Universal Service Charge | 8.40 |
| Regulatory Charge | .04 |
| Administrative Charge | .70 |
| | **$9.14** |

**Taxes, Governmental Surcharges and Fees**

| | |
|---|---|
| MI Operational 911 Charge | .29 |
| MI State Use Tax | 16.70 |
| | **$16.99** |
| **Total Current Charges for 248-346-0602** | **$309.89** |

### Usage Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| **Unbilled Usage from Previous Months** | | | | | |
| (Minutes are applied against any remaining allowance for the month in which the call was made) | | | | | |
| Calling Plan | minutes | | 217 | 217 | 54.25 |
| Promotional | minutes | | 97 | --- | --- |
| IN Calling | minutes | | 7 | --- | --- |
| **Current Usage** | | | | | |
| Calling Plan | minutes | 4000 | 2553 | --- | --- |
| Promotional | minutes | | 665 | --- | --- |
| IN Calling | minutes | unlimited | 183 | --- | --- |
| 411 Connect | calls | --- | 9 | 9 | 13.41 |
| Long Distance -- Other | | | | | 43.61 |
| **Total Voice** | | | | | **$111.27** |
| **Data** | | | | | |
| Unlimited IN TXT | messages | unlimited | 1 | --- | --- |
| TXT/PIX-FLIX | messages | 50 | 95 | 45 | 4.50 |
| **Total Data** | | | | | **$4.50** |
| **Total Usage Charges** | | | | | **$115.77** |

Order #: 3919  Copy #: 10     Control #:100529878-00144614



*We never stop working for you®*

P.O. BOX 9058
DUBLIN, OHIO  43017

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| My Account at www.verizonwireless.com | 603324633 | 02/14/07 |
| | Invoice Number | 3711864193 |

10019913  01 MB 0.326  **AUTO  T0 0 4919 72712-765161 1 3  E RDT11908

IllullulllulllulllullullullulullllullulllllIllllulllulllulllul

JULIE ROEHM
4061 CAERLEON CIR
BENTONVILLE AR 72712-7651

## Quick Bill Summary

Dec 20 – Jan 19

| | |
|---|---|
| Previous Balance *(see back for details)* | $858.66 |
| Payment – Thank You | –$858.66 |
| **Balance Forward** | **$.00** |
| Monthly Access Charges | $124.29 |
| Usage Charges | |
|     Voice | $181.19 |
|     Data | $18.10 |
| Verizon Wireless' Surcharges and Other Charges & Credits | $6.28 |
| Taxes, Governmental Surcharges & Fees | $19.10 |
| **Total Current Charges** | **$348.96** |

**Total Amount Due by February 14, 2007**       **$348.96**

*1/3 $348.96*

**Verizon Wireless News**

**Manage Your Account Online with My Account**

With My Account you can manage your online account faster and easier. And, as always, use it at your convenience - 24/7.

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Account at www.verizonwireless.com | 1.800.922.0204 or *611 from your wireless |

**verizon**wireless
*We never stop working for you*

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|

## Summary for Daimler Chrysler Corp: 248–346–0602 (Includes Calling Plan Change)

### Your Calling Plan

**America's Choice II 2000 Anytime $99.99 Access 0205**
$99.99 monthly access charge
2000 monthly allowance minutes
$.25 per minute after allowance

**Beginning on 12/20/06**
Free Unlimited IN Calling;Free Unlimited Night & Weekend Minutes;

**21% Monthly Access discount**

**Unltd Night & Weekend Minutes**
Unlimited monthly offpeak minutes

**Unlimited IN Calling**
Unlimited monthly IN Calling minutes

**Unl IN MSG/50 Camera $5**
$5.00 monthly access charge
Unlimited monthly IN TXT messages
Unlimited monthly IN PIX–FLIX Messages
50 monthly TXT/PIX–FLIX message allowance
$.10 per message after allowance

### Charges

**Monthly Access Charges**

| | |
|---|---|
| Previous Calling Plan Refund  12/20 – 01/19 | −39.99 |
| Current Calling Plan 12/20 – 01/19 | 99.99 |
| Current Calling Plan 01/20 – 02/19 | 99.99 |
| Discount | −33.60 |
| Previous Data Plan Refund  12/20 – 01/19 | −15.00 |
| Mobile Web Self Provision 2.0 01/02 – 01/19 | 2.90 |
| Mobile Web Self Provision 2.0 01/20 – 02/19 | 5.00 |
| Unl IN MSG/50 Camera $5 01/20 – 02/19 | 5.00 |
| | **$124.29** |

**Usage Charges**

| | |
|---|---|
| Voice | 181.19 |
| Data | 18.10 |
| | **$199.29** |

**Verizon Wireless' Surcharges**

| | |
|---|---|
| Fed Universal Service Charge | 5.83 |
| Regulatory Charge | .05 |
| Administrative Charge | .40 |
| | **$6.28** |

**Taxes, Governmental Surcharges and Fees**

| | |
|---|---|
| MI Operational 911 Charge | .29 |
| MI State Use Tax | 18.81 |
| | **$19.10** |
| **Total Current Charges for 248–346–0602** | **$348.96** |

### Usage Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| **Unbilled Usage from Previous Months** | | | | | |
| (Minutes are applied against any remaining allowance for the month in which the call was made) | | | | | |
| Calling Plan | minutes | --- | 164 | 164 | 73.80 |
| IN Calling | minutes | --- | 53 | --- | --- |
| Night/Weekend | minutes | --- | 33 | --- | --- |
| **Current Usage** | | | | | |
| Calling Plan | minutes | 2000 | 2364 | 364 | 91.00 |
| IN Calling | minutes | unlimited | 290 | --- | --- |
| Night/Weekend | minutes | | 1305 | --- | --- |
| 411 Connect | calls | --- | 11 | 11 | 16.39 |
| **Total Voice** | | | | | **$181.19** |
| **Data** | | | | | |
| Unlimited IN TXT | messages | unlimited | 36 | --- | --- |
| TXT/PIX–FLIX | messages | 50 | 231 | 181 | 18.10 |
| **Total Data** | | | | | **$18.10** |
| **Total Usage Charges** | | | | | **$199.29** |

Control #:100168/3-00088264

Order #: 4918  Copy #: 08

**verizon**wireless
We never stop working for you®

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 3708588591 | 503324635 | 01/19/07 | 5 of 4 |

## Summary for Daimler Chrysler Corp: 248–346–0602

## Your Calling Plan

**America's Choice II  450 Anytime $39.99 Access 0205**
$39.99 monthly access charge
450 monthly allowance minutes
$.45 per minute after allowance

**V CAST Vpak W/Music**
$15.00 monthly access charge
Unlimited monthly kilobyte

**Beginning on 09/20/06**
**Free Unlimited IN Calling;Free Unlimited Night & Weekend Minutes;**

**21% Monthly Access discount**

**Unltd Night & Weekend Minutes**
Unlimited monthly offpeak minutes

**Unlimited IN Calling**
Unlimited monthly IN Calling minutes

**Unl IN MSG/50 Camera $5**
$5.00 monthly access charge
Unlimited monthly IN TXT messages
Unlimited monthly IN PIX–FLIX Messages
50 monthly TXT/PIX–FLIX message allowance
$.10 per message after allowance

## Charges

**Monthly Access Charges**

| | |
|---|---|
| Current Calling Plan 12/20 – 01/19 | 39.99 |
| Discount | −8.40 |
| Current Data Plan 12/20 – 01/19 | 15.00 |
| Unl IN MSG/50 Camera $5 12/20 – 01/19 | 5.00 |
| | **$51.59** |

**Usage Charges**

| | |
|---|---|
| Voice | 743.65 |
| | **$743.65** |

**Verizon Wireless¹ Surcharges**

| | |
|---|---|
| Fed Universal Service Charge | 15.23 |
| Regulatory Charge | .05 |
| Administrative Charge | .40 |
| | **$15.68** |

**Taxes, Governmental Surcharges and Fees**

| | |
|---|---|
| MI Operational 911 Charge | .29 |
| MI State Use Tax | 47.45 |
| | **$47.74** |
| Total Current Charges for 248–346–0602 | **$858.66** |

## Usage Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| **Unbilled Usage from Previous Months** <br> (Minutes are applied against any remaining allowance for the month in which the call was made) | | | | | |
| Calling Plan | minutes | --- | 1 | --- | --- |
| IN Calling | minutes | --- | 6 | --- | --- |
| **Current Usage** | | | | | |
| Calling Plan | minutes | 450 | 2086 | 1636 | 736.20 |
| IN Calling | minutes | unlimited | 324 | --- | --- |
| Night/Weekend | minutes | unlimited | 679 | --- | --- |
| 411 Connect | calls | --- | 5 | 5 | 7.45 |
| **Total Voice** | | | | | **$743.65** |
| **Data** | | | | | |
| Unlimited IN TXT | messages | unlimited | 4 | --- | --- |
| TXT/PIX–FLIX | messages | 50 | 33 | --- | --- |
| **Total Data** | | | | | **$.00** |
| **Total Usage Charges** | | | | | **$743.65** |

View your bill and call details online for FREE. Log into My Account at www.verizonwireless.com.

Order #: 6019 Copy #: 06        Control #:1002046A-00054898



We never stop working for you®

P.O. BOX 9058
DUBLIN, OHIO 43017

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| My Account at www.verizonwireless.com | 603324633 | 12/13/06 |
| | Invoice Number | 3705536748 |

10020640 01 MB 0.325 **AUTO T4 0 5919 72712-765161 1 3 E RDT11908

JULIE ROEHM
4061 CAERLEON CIR
BENTONVILLE AR 72712-7651

## Quick Bill Summary
*Oct 20 – Nov 19*

| | |
|---|---|
| Previous Balance *(see back for details)* | $56.47 |
| Payment – Thank You | –$56.47 |
| **Balance Forward** | **$.00** |
| Monthly Access Charges | $51.59 |
| Usage Charges | |
|    Voice | $.00 |
|    Data | $.00 |
| Verizon Wireless' Surcharges and Other Charges & Credits | $1.03 |
| Taxes, Governmental Surcharges & Fees | $2.24 |
| **Total Current Charges** | **$54.86** |

### Total Amount Due by December 13, 2006     $54.86

**Verizon Wireless News**

**Manage Your Account Online with My Account**
With My Account you can manage your online account faster and easier. And, as always, use it at your convenience - 24/7.

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Account at www.verizonwireless.com | 1.800.922.0204 or *611 from your wireless |

- 6 -

**verizon**wireless
*We never stop working for you!*

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|

## Summary for Daimler Chrysler Corp: 248–346–0602

### Your Calling Plan

**America's Choice II 450 Anytime $39.99 Access 0205**
$39.99 monthly access charge
450 monthly allowance minutes
$.45 per minute after allowance

**V CAST Vpak W/Music**
$15.00 monthly access charge
Unlimited monthly kilobyte

**Beginning on 09/20/06**
Free Unlimited IN Calling;Free Unlimited Night & Weekend Minutes;

**21% Monthly Access discount**

**Unltd Night & Weekend Minutes**
Unlimited monthly offpeak minutes

**Unlimited IN Calling**
Unlimited monthly IN Calling minutes

**Unl IN MSG/50 Camera $5**
$5.00 monthly access charge
Unlimited monthly IN TXT messages
Unlimited monthly IN PIX–FLIX Messages
50 monthly TXT/PIX–FLIX message allowance
$.10 per message after allowance

### Charges

**Monthly Access Charges**
| | |
|---|---|
| Current Calling Plan 11/20 – 12/19 | 39.99 |
| Discount | –8.40 |
| Current Data Plan 11/20 – 12/19 | 15.00 |
| Unl IN MSG/50 Camera $5 11/20 – 12/19 | 5.00 |
| | **$51.59** |

**Verizon Wireless' Surcharges**
| | |
|---|---|
| Fed Universal Service Charge | .58 |
| Regulatory Charge | .05 |
| Administrative Charge | .40 |
| | **$1.03** |

**Taxes, Governmental Surcharges and Fees**
| | |
|---|---|
| MI Operational 911 Charge | .29 |
| MI State Use Tax | 1.95 |
| | **$2.24** |

| | |
|---|---|
| **Total Current Charges for 248–346–0602** | **$54.86** |

### Usage Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| **Unbilled Usage from Previous Months** (Minutes are applied against any remaining allowance for the month in which the call was made) | | | | | |
| Calling Plan | minutes | — | 3 | — | — |
| IN Calling | minutes | — | 20 | — | — |
| **Current Usage** | | | | | |
| Calling Plan | minutes | 450 | 102 | — | — |
| IN Calling | minutes | unlimited | 30 | — | — |
| Night/Weekend | minutes | | 66 | — | — |
| **Total Voice** | | | | | **$.00** |
| **Data** | | | | | |
| TXT/PIX–FLIX | messages | 50 | 4 | — | — |
| **Total Data** | | | | | **$.00** |
| **Total Usage Charges** | | | | | **$.00** |

View your bill and call details online for FREE: Log into My Account at www.verizonwireless.com.

Control #:1002084O-00055221

Order #: 5919  Copy #: 03

- 7 -


*We never stop working for you®*

P.O. BOX 9058
DUBLIN, OHIO 43017

| Manage Your Account | | Account Number | Date Due |
|---|---|---|---|
| My Account at www.verizonwireless.com | | 603324633 | 11/14/06 |
| | | Invoice Number | 3702268007 |

10020956 01 MB 0.328 **AUTO   T3 0 5819 72712-765161 123   E RDT11908

Ilulullullullullullullulllullulllullulldllul

JULIE ROEHM
4061 CAERLEON CIR
BENTONVILLE AR 72712-7651

## Quick Bill Summary                    Sep 20 – Oct 19

| | |
|---|---|
| Previous Balance *(see back for details)* | $55.06 |
| Payment – Thank You | –$55.06 |
| **Balance Forward** | **$.00** |
| Monthly Access Charges | $51.59 |
| Usage Charges | |
|     Voice | $1.49 |
|     Data | $.00 |
| Verizon Wireless' Surcharges and Other Charges & Credits | $1.06 |
| Taxes, Governmental Surcharges & Fees | $2.33 |
| **Total Current Charges** | **$56.47** |

**Total Amount Due by November 14, 2006          $56.47**

**Verizon Wireless News**

**A New Look to Your Bill**
Thanks to customer input, we've redesigned your bill. Enclosed is a guide to your new bill. Visit our website at www.verizonwireless.com to view your bill and interactive demo.

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Account at www.verizonwireless.com | 1.800.922.0204 or *611 from your wireless |

# verizon wireless
We never stop working for you.

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|

## Summary for Daimler Chrysler Corp: 248–346–0602

### Your Calling Plan

**America's Choice II  450 Anytime $39.99 Access 0205**
$39.99 monthly access charge
450 monthly allowance minutes
$.45 per minute after allowance

**V CAST Vpak W/Music**
$15.00 monthly access charge
Unlimited monthly kilobyte

**Beginning on 09/20/06**
**Free Unlimited IN Calling;Free Unlimited Night & Weekend Minutes;**

**21% Monthly Access discount**

**Unltd Night & Weekend Minutes**
Unlimited monthly offpeak minutes

**Unlimited IN Calling**
Unlimited monthly IN Calling minutes

**Unl IN MSG/50 Camera $5**
$5.00 monthly access charge
Unlimited monthly IN TXT messages
Unlimited monthly IN PIX–FLIX Messages
50 monthly TXT/PIX–FLIX message allowance
$.10 per message after allowance

### Charges

**Monthly Access Charges**

| | |
|---|---:|
| Current Calling Plan 10/20 – 11/19 | 39.99 |
| Discount | –8.40 |
| Current Data Plan 10/20 – 11/19 | 15.00 |
| Unl IN MSG/50 Camera $5 10/20 – 11/19 | 5.00 |
| | **$51.59** |

**Usage Charges**

| | |
|---|---:|
| Voice | 1.49 |
| | **$1.49** |

**Verizon Wireless' Surcharges**

| | |
|---|---:|
| Fed Universal Service Charge | 0.61 |
| Regulatory Charge | 0.05 |
| Administrative Charge | 0.40 |
| | **$1.06** |

**Taxes, Governmental Surcharges and Fees**

| | |
|---|---:|
| MI Operational 911 Charge | 0.29 |
| MI State Use Tax | 2.04 |
| | **$2.33** |
| Total Current Charges for 248–346–0602 | **$56.47** |

### Usage Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| **Unbilled Usage from Previous Months** | | | | | |
| (Minutes are applied against any remaining allowance for the month in which the call was made) | | | | | |
| Night/Weekend | minutes | --- | 14 | --- | --- |
| **Current Usage** | | | | | |
| Calling Plan | minutes | 450 | 93 | --- | --- |
| IN Calling | minutes | unlimited | 89 | --- | --- |
| Night/Weekend | minutes | | 130 | --- | --- |
| 411 Connect | calls | --- | 1 | 1 | 1.49 |
| **Total Voice** | | | | | **$1.49** |
| **Data** | | | | | |
| Unlimited IN TXT | messages | unlimited | 1 | --- | --- |
| TXT/PIX–FLIX | messages | 50 | 2 | --- | --- |
| **Total Data** | | | | | **$.00** |
| **Total Usage Charges** | | | | | **$1.49** |

View your bill and call details online for FREE. Log into My Account at www.verizonwireless.com.



P.O. BOX 9058
DUBLIN, OHIO 43017

# September 19, 2006

Page 1 of 4

| Account number | To Make A Payment | |
| --- | --- | --- |
| 603324633 | Online: | verizonwireless.com (My Account) |
| Invoice number | Phone: | #PMT (#768) or #BAL (#225) |
| 3698732370 | | from your wireless phone. Airtime free. |
| | Mail Payment: | Verizon Wireless |
| | | P.O. Box 15040 |
| | | Albany, NY 12212-5040 |

10021431 01 MB 0.326 **AUTO  T3 0 5719 72712-765161 1    E RDT11908
JULIE ROEHM
4061 CAERLEON CIR
BENTONVILLE AR 72712-7651

| Contact Us | |
| --- | --- |
| Online: | verizonwireless.com |
| Phone: | *611 or 1-800-922-0204 Airtime free. |
| Mail Letters: | Verizon Wireless |
| | Operations Support |
| | P.O. Box 9058 |
| | Dublin, Ohio 43017 |

## Verizon Wireless news

**Coming Soon**
Thanks to customer input, your bill is getting a new look.  Your new
statement will include a step-by-step guide on how to read your bill.

## Account summary
### Previous charges

| | |
| --- | --- |
| Previous balance | $111.09 |
| Payment received 09/09 - Thank you | -111.09 |
| Balance forward | $.00 |

### Current charges

| | |
| --- | --- |
| Monthly charges | 51.59 |
| Usage charges | .00 |
| Verizon Wireless surcharges and other charges and credits | 1.21 |
| Taxes, governmental surcharges and fees | 2.26 |
| Total current charges | $55.06 |

## Total Amount Due by  October 13, 2006    $55.06

*A late payment charge applies for unpaid balances.  The charge is the greater of
$5 or 1.5% per month or as permitted by law, and are liquidated damages, not a
penalty.*



| | | | Bill date | September 19, 2006 | Page 3 of 4 |
| | | | Account number | 603324633 | |
| | | | Invoice number | 3696732370 | |

## Summary of current charges

| Charges for | Page number | Account charges & credits | Monthly charges | Usage charges | Equipment charges | VZW surcharges and other charges and credits | Taxes, governmental surcharges and fees | Total charges |
|---|---|---|---|---|---|---|---|---|
| Your account | 1 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 248-346-0602  Daimler Chrysler Corp | 3 | | 51.59 | .00 | .00 | 1.21 | 2.26 | 55.06 |
| **Total current charges** | | **$.00** | **$51.59** | **$.00** | **$.00** | **$1.21** | **$2.26** | **$55.06** |

## Charges for 248-346-0602

### Daimler Chrysler Corp

Your calling plan was changed effective 09/20/2006.

### Monthly Charges

| | |
|---|---|
| Current calling plan 09/20/06 - 10/19/06 | $39.99 |
| Discount | - $8.40 |
| Current data plan 09/20/06 - 10/19/06 | $15.00 |
| Unl IN MSG/50 Camera $5 09/20/06 - 10/19/06 | $5.00 |
| **Total monthly charges** | **$51.59** |

### Your Service Profile

**Previous calling plan:**
America's Choice II 2000 Anytime $99.99 Access 0205
Monthly charge $99.99
Monthly allowance minutes 2000 general
Additional per minute charge $.25 peak, $.25 off-peak

**Current calling plan:**
America's Choice II 450 Anytime $39.99 Access 0205
Monthly charge $39.99
Monthly allowance minutes 450 general
Additional per minute charge $.45 peak, $.45 off-peak

**Promotional details**
**Current:** > Beginning on 01/26/06: Free unlimited IN calling; free unlimited night & weekend minutes;
> Beginning on 10/19/04: 21% Monthly access discount

**Enhanced services:**
Unl IN MSG/50 Camera $5, Unlimited IN Calling, Unltd Night & Weekend Minutes

**Current data plan:**
V Cast Vpak W/Music
Monthly charge $15.00
Unit allowance unlimited kilobytes

**Current feature(s):**
Unlimited IN Calling
Monthly allowance unlimited general minutes

Unltd Night & Weekend Minutes
Monthly allowance unlimited offpeak minutes

Unl IN MSG/50 Camera $5
Monthly allowance 50 messages
Additional per message $.10 sent, $.10 received

Unl IN MSG/50 Camera $5
Monthly allowance unlimited IN TXT

Unl IN MSG/50 Camera $5
Monthly allowance unlimited IN PIXFLIX

Order #: 5719 Copy #: 06

Control #: 10021431-00058643

- 11 -



**Bill date** September 19, 2006  Page 4 of 4
**Account number** 603324633
**Invoice number** 3698732370

## Usage Summary 248-346-0602

Daimler Chrysler Corp

| In Your Home Area | | Peak Included | Peak Billable | Off-Peak Included | Off-Peak Billable | Total |
|---|---|---|---|---|---|---|
| **Delayed Usage** | | | | | | |
| Monthly Minutes | | 5 | 0 | 0 | 0 | Included |
| Weekend/Night Feature Minutes | | 0 | 0 | 1 | 0 | Included |
| IN-Calling | | 12 | 0 | 0 | 0 | Included |
| Usage Totals | | 17 | 0 | 1 | 0 | |
| Total Delayed Airtime Usage | | | 17 | | 1 | 18 |
| Delayed Usage Charges | | | $.00 | | $.00 | $.00 |
| | | | | | | |
| **Current Usage** | | | | | | |
| Monthly Minutes | 2000 General | 182 | 0 | 0 | 0 | Included |
| Weekend/Night Feature Minutes | Unlimited | 0 | 0 | 111 | 0 | Included |
| IN-Calling | Unlimited | 99 | 0 | 0 | 0 | Included |
| Usage Totals | | 281 | 0 | 111 | 0 | |
| Total Current Airtime Usage | | | 281 | | 111 | 392 |
| Current Usage Charges | | | $.00 | | $.00 | $.00 |
| Total usage charges in your home area | | | | | | $.00 |

| Your Data Products and Services | Messages | Total |
|---|---|---|
| **Current Usage** | | |
| Unlimited IN TXT | | |
| Total Current TXT Messaging Usage | 2 | Included |
| | 2 | $.00 |
| | | |
| TXT / PIX-FLIX - Allowance Used | 3 | Included |
| Total Current TXT/PIX-FLIX Messaging Usage | 3 | $.00 |
| Total current data products and service usage charges | | $.00 |

## Total usage charges                                        $.00

*Bill call details (including roaming and long distance) are available online for FREE.
Just login to My Account at verizonwireless.com.*

### Verizon Wireless surcharges

| | |
|---|---|
| Fed Universal Service Charge | $.76 |
| Regulatory Charge | .05 |
| Administrative Charge | .40 |
| Subtotal | 1.21 |
| Total Verizon Wireless surcharges | $1.21 |

### Taxes, governmental surcharges and fees

| | |
|---|---|
| MI Operational 911 Charge | $.29 |
| MI State Use Tax | 1.97 |
| Total taxes, governmental surcharges and fees | $2.26 |

## Total current charges for 248-346-0602         $55.06

Order #: 5719 Copy #: 08

Control #:10021431-00058643

PLEASE RECYCLE



P.O. BOX 9058
DUBLIN, OHIO 43017

**August 19, 2006**                                      Page 1 of 5

| Account number | To Make A Payment | |
|---|---|---|
| 603324633 | Online: | verizonwireless.com (My Account) |
| Invoice number | Phone: | #PMT (#768) or #BAL (#225) |
| 3694768217 | | from your wireless phone. Airtime free. |
| | Mail Payment: | Verizon Wireless |
| | | P.O. Box 15040 |
| | | Albany, NY 12212-5040 |

10021777 01 MB 0.326 **AUTO  T4 0 5510 72712-765161 1    E RDT11906

JULIE ROEHM
4061 CAERLEON CIR
BENTONVILLE AR 72712-7651

Contact Us
Online:    verizonwireless.com
Phone:     *611 or 1-800-922-0204 Airtime free.
Mail Letters:  Verizon Wireless
               Operations Support
               P.O. Box 9058
               Dublin, Ohio  43017

## Verizon Wireless news

**Find the Answers to all your questions in one place**
Find answers to questions about your Verizon Wireless account and equipment quickly and easily with My Account. The new Support page is a combination of the previous Support Overview page, the How To page, the FAQ Index page and more. Support is one-stop shopping for answers to all your support questions.

**Coming Soon**
Thanks to customer input, your bill is getting a new look.  Your new statement will include a step-by-step guide on how to read your bill.

## Account summary
### Previous charges

| | |
|---|---|
| Previous balance | $124.12 |
| Payment received 08/11 - Thank you | -124.12 |
| Adjustments | -.11 |
| Balance forward | -$.11 |

### Current charges

| | |
|---|---|
| Monthly charges | 98.99 |
| Usage charges | 4.47 |
| Verizon Wireless surcharges and other charges and credits | 2.30 |
| Taxes, governmental surcharges and fees | 5.44 |
| Total current charges | $111.20 |

**Total Amount Due by  September 14, 2006**          **$111.09**

*A late payment charge applies for unpaid balances.  The charge is the greater of $5 or 1.5% per month or as permitted by law, and are liquidated damages, not a penalty.*



## Adjustments

| | |
|---|---|
| **Wireless number (248) 346-0602** | |
| Service Adjustment for 07/19/06 | - $.10 |
| State tax adjustment | - .01 |
| **Total adjustments** | - $.11 |

## Summary of current charges

| Charges for | Page number | Account charges & credits | Monthly charges | Usage charges | Equipment charges | VZW surcharges and other charges and credits | Taxes, governmental surcharges and fees | Total charges |
|---|---|---|---|---|---|---|---|---|
| Your account | 1 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 248-346-0602 Daimler Chrysler Corp | 3 | | 98.99 | 4.47 | .00 | 2.30 | 6.44 | 111.20 |
| **Total current charges** | | **$.00** | **$98.99** | **$4.47** | **$.00** | **$2.30** | **$6.44** | **$111.20** |

## Charges for 248-346-0602

Daimler Chrysler Corp

### Monthly Charges

| | |
|---|---|
| Current calling plan<br>08/20/06 - 09/19/06 | $99.99 |
| Discount | - $21.00 |
| Current data plan<br>08/20/06 - 09/19/06 | $15.00 |
| Unl IN MSG/50 Camera $5<br>08/20/06 - 09/19/06 | $5.00 |
| **Total monthly charges** | **$98.99** |

### Your Service Profile

**Current calling plan:** America's Choice II 2000 Anytime $99.99 Access 0205
Monthly charge $99.99
Monthly allowance minutes 2000 general
Additional per minute charge $.25 peak, $.25 off-peak

**Promotional details**
**Current:** >Beginning on 01/26/06: Free unlimited IN calling;free unlimited night & weekend minutes;
>Beginning on 10/19/04: 21% Monthly access discount

**Enhanced services:**
Call Forwarding, Caller ID, Call Waiting, Message Waiting Indicator, No Answer Transfer, 3-Way Calling, Basic Voice Mail
Unl IN MSG/50 Camera $5, Unlimited IN Calling, Unltd Night & Weekend Minutes

**Current data plan:** V Cast Vpak W/Music
Monthly charge $15.00
Unit allowance unlimited kilobytes

**Current feature(s):** Unlimited IN Calling
Monthly allowance unlimited general minutes

Unltd Night & Weekend Minutes
Monthly allowance unlimited offpeak minutes

Order #: 5819 Copy #: 08

Control #:10021777-00069384



| Bill date | August 19, 2006 |
|---|---|
| Account number | 603324633 |
| Invoice number | 3694788217 |

### Your Service profile - continued
Unl IN MSG/50 Camera $5
Monthly allowance 50 messages
Additional per message $.10 sent, $.10 received

Unl IN MSG/50 Camera $5
Monthly allowance unlimited IN TXT

Unl IN MSG/50 Camera $5
Monthly allowance unlimited IN PIXFLIX

## Usage Summary 248-346-0602
Daimler Chrysler Corp

|  |  | Peak | | Off-Peak | | |
|---|---|---|---|---|---|---|
| **In Your Home Area** | | **Included** | **Billable** | **Included** | **Billable** | **Total** |
| **Delayed Usage** | | | | | | |
| Monthly Minutes | | 19 | 0 | 0 | 0 | Included |
| Weekend/Night Feature Minutes | | 0 | 0 | 3 | 0 | Included |
| IN-Calling | | 3 | 0 | 0 | 0 | Included |
| Usage Totals | | 22 | 0 | 3 | 0 | 25 |
| Total Delayed Airtime Usage | | | 22 | | 3 | 25 |
| Delayed Usage Charges | | | $.00 | | $.00 | $.00 |
| | | | | | | |
| **Current Usage** | | | | | | |
| Monthly Minutes | 2000 General | 277 | 0 | 0 | 0 | Included |
| Weekend/Night Feature Minutes | Unlimited | 1 | 0 | 246 | 0 | Included |
| IN-Calling | Unlimited | 114 | 0 | 0 | 0 | Included |
| Usage Totals | | 392 | 0 | 246 | 0 | 638 |
| Total Current Airtime Usage | | | 392 | | 246 | 638 |
| Current Usage Charges | | | $.00 | | $.00 | $.00 |
| | | | | | | |
| **Other Call Charges** | | | | | | |
| 411 Connect | | | | | | 4.47 |
| | | | | | | |
| **Total usage charges in your home area** | | | | | | **$4.47** |

| Your Data Products and Services | Messages | Total |
|---|---|---|
| **Current Usage** | | |
| Unlimited IN TXT | 6 | Included |
| **Total Current TXT Messaging Usage** | **6** | **$.00** |
| | | |
| TXT / PIX-FLIX - Allowance Used | 29 | Included |
| **Total Current TXT/PIX-FLIX Messaging Usage** | **29** | **$.00** |
| | | |
| **Total current data products and service usage charges** | | **$.00** |

## Total usage charges                                                   $4.47

*Bill call details (including roaming and long distance) are available online for FREE.*
*Just login to My Account at verizonwireless.com.*

### Verizon Wireless surcharges
| | |
|---|---|
| Fed Universal Service Charge | $1.85 |
| Regulatory Charge | .05 |
| Administrative Charge | .40 |
| Subtotal | 2.30 |
| **Total Verizon Wireless surcharges** | **$2.30** |

Order #: 5619 Copy #: 08

Control #:10021777-00059384

PLEASE RECYCLE



| | Bill date | August 19, 2006 | Page 5 of 5 |
|---|---|---|---|
| | Account number | 603324633 | |
| | Invoice number | 3694788217 | |

## Taxes, governmental surcharges and fees

| | |
|---|---|
| MI Operational 911 Charge | $.29 |
| MI State Use Tax | 5.15 |
| **Total taxes, governmental surcharges and fees** | **$5.44** |

| | |
|---|---|
| **Total current charges for 248-346-0602** | **$111.20** |

Order #: 6919  Copy #: 08



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Bill date** | **May 19, 2006** | | | | | | Page 3 of 4 |
| Account number | 603324633 | | | | | | |
| Invoice number | 3680602077 | | | | | | |

## Summary of current charges

| Charges for | Page number | Account charges & credits | Monthly charges | Usage charges | Equipment charges | VZW surcharges and other charges and credits | Taxes, governmental surcharges and fees | Total charges |
|---|---|---|---|---|---|---|---|---|
| Your account | 1 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 248-346-0602  Daimler Chrysler Corporation | 3 | | 98.99 | 17.88 | .00 | 2.71 | 9.25 | 128.83 |
| **Total current charges** | | **$.00** | **$98.99** | **$17.88** | **$.00** | **$2.71** | **$9.25** | **$128.83** |

## Charges for 248-346-0602

**Daimler Chrysler Corporation**

### Monthly Charges

| | |
|---|---|
| Current calling plan 05/20/06 - 06/19/06 | $99.99 |
| Discount | - $21.00 |
| Current data plan 05/20/06 - 06/19/06 | $15.00 |
| Unl IN MSG/50 Camera $5 05/20/06 - 06/19/06 | $5.00 |
| **Total monthly charges** | **$98.99** |

### Your Service Profile

**Current calling plan:** America's Choice II 2000 Anytime $99.99 Access 0205
Monthly charge  $99.99
Monthly allowance minutes 2000 general
Additional per minute charge $.25 peak, $.25 off-peak

**Promotional details**
**Current:** >Beginning on 01/26/06: Free unlimited IN calling;free unlimited night & weekend minutes;
>Beginning on 10/19/04: 21% Monthly access discount

**Enhanced services:** Call Forwarding, Caller ID, Call Waiting, Message Waiting Indicator, No Answer Transfer, 3-Way Calling, Basic Voice Mail
Unl IN MSG/50 Camera $5, Unlimited IN Calling, Unltd Night & Weekend Minutes

**Current data plan:** V Cast Vpak W/Music
Monthly charge  $15.00
Unit allowance unlimited kilobytes

**Current feature(s):** Unlimited IN Calling
Monthly allowance unlimited general minutes

Unltd Night & Weekend Minutes
Monthly allowance unlimited offpeak minutes

Unl IN MSG/50 Camera $5
Monthly allowance 50 messages
Additional per message $.10 sent, $.10 received

Unl IN MSG/50 Camera $5
Monthly allowance unlimited IN TXT

Unl IN MSG/50 Camera $5
Monthly allowance unlimited IN PIXFLIX

Control #:10004584-00012344



| | | | | Peak | | Off-Peak | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Included | Billable | Included | Billable | Total |

**Bill date** May 19, 2006
**Account number** 603324633
**Invoice number** 3680602077

Page 4 of 4

## Usage Summary 248-346-0602
Daimler Chrysler Corporation

| In Your Home Area | | | Peak Included | Peak Billable | Off-Peak Included | Off-Peak Billable | Total |
|---|---|---|---|---|---|---|---|
| **Delayed Usage** | | | | | | | |
| Monthly Minutes | | | 38 | 0 | 0 | 0 | Included |
| Weekend/Night Feature Minutes | | | 0 | 0 | 24 | 0 | Included |
| IN-Calling | | | 29 | 0 | 0 | 0 | Included |
| Usage Totals | | | 67 | 0 | 24 | 0 | |
| Total Delayed Airtime Usage | | | | 67 | | 24 | 91 |
| Delayed Usage Charges | | | | $.00 | | $.00 | $.00 |
| | | | | | | | |
| **Current Usage** | | | | | | | |
| Monthly Minutes | 2000 General | | 503 | 0 | 0 | 0 | Included |
| Weekend/Night Feature Minutes | Unlimited | | 0 | 0 | 220 | 0 | Included |
| IN-Calling | Unlimited | | 259 | 0 | 0 | 0 | Included |
| Usage Totals | | | 762 | 0 | 220 | 0 | |
| Total Current Airtime Usage | | | | 762 | | 220 | 982 |
| Current Usage Charges | | | | $.00 | | $.00 | $.00 |

**Other Call Charges**
411 Connect                                                                                          17.88

Total usage charges in your home area                                                    $17.88

| Your Data Products and Services | Messages | Total |
|---|---|---|
| **Current Usage** | | |
| TXT / PIX-FLIX - Allowance Used | 6 | Included |
| Total Current TXT/PIX-FLIX Messaging Usage | 6 | $.00 |

Total current data products and service usage charges                          $.00

## Total usage charges                                                            $17.88

*Bill call details (including roaming and long distance) are available online for FREE.*
*Just login to My Account at verizonwireless.com.*

### Verizon Wireless surcharges
| | |
|---|---|
| Fed Universal Service Charge | $2.26 |
| Regulatory Charge | .05 |
| Administrative Charge | .40 |
| Subtotal | 2.71 |
| **Total Verizon Wireless surcharges** | **$2.71** |

### Taxes, governmental surcharges and fees
| | |
|---|---|
| MI Operational 911 Charge | $.29 |
| Federal Tax | 2.99 |
| MI State Use Tax | 5.97 |
| **Total taxes, governmental surcharges and fees** | **$9.25** |

## Total current charges for 248-346-0602          $128.83

Order #: 5319 Copy #: 13

Control #:10004584-00012344                                                      PLEASE RECYCLE



## Summary of current charges

| Charges for | Page number | Account charges & credits | Monthly charges | Usage charges | Equipment charges | VZW surcharges and other charges and credits | Taxes, governmental surcharges and fees | Total charges |
|---|---|---|---|---|---|---|---|---|
| Your account | 1 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 | $.00 |
| 248-346-0602  Daimler Chrysler Corporation | 3 | | 184.24 | 12.39 | .00 | 3.30 | 14.54 | 214.47 |
| **Total current charges** | | **$.00** | **$184.24** | **$12.39** | **$.00** | **$3.30** | **$14.54** | **$214.47** |

## Charges for 248-346-0602

### Daimler Chrysler Corporation

Your calling plan was changed effective 01/26/2006.

Your TXT Messaging allowance was changed effective 01/26/06.
Your PIX-FLIX Messaging allowance was changed effective 01/26/06.

### Monthly Charges

| | |
|---|---|
| Previous calling plan - charge for partial month 01/24/06 - 01/25/06 | $6.45 |
| Current calling plan - charge for partial month 01/26/06 - 02/19/06 | $80.64 |
| Current calling plan 02/20/06 - 03/19/06 | $99.99 |
| Discount | - $39.29 |
| Current data plan - charge for partial month 01/26/06 - 02/19/06 | $12.10 |
| Current data plan 02/20/06 - 03/19/06 | $15.00 |
| Mobile Web Self Provision 2.0 - charge for partial month 01/24/06 - 01/25/06 | $.32 |
| Unl IN MSG/50 Camera $5 - charge for partial month 01/26/06 - 02/19/06 | $4.03 |
| Unl IN MSG/50 Camera $5 02/20/06 - 03/19/06 | $5.00 |

| **Total monthly charges** | **$184.24** |
|---|---|

*Partial Month Charges - Monthly Access/Allowance Minutes - On your first bill or when you change your calling plan, we will bill for a partial month or portion of the monthly access charge calculated from the date you began service to your first bill cycle date or effective date of the calling plan change, plus the next month's access charge if we bill you in advance. We may calculate allowance minutes in the same manner.*

### Your Service Profile

**Previous calling plan:** America's Choice 2000 Anytime $99.99 Access 0404
Monthly charge $99.99
Monthly allowance minutes 2000 general
Additional per minute charge $.25 peak, $.25 off-peak

**Current calling plan:** America's Choice II 2000 Anytime $99.99 Access 0205
Monthly charge $99.99
Monthly allowance minutes 2000 general
Additional per minute charge $.25 peak, $.25 off-peak

**Promotional details**
**Expired:** > Beginning on 04/25/05: Free unlimited IN calling;free unlimited night & weekend minutes;

**Current:** > Beginning on 01/26/06: Free unlimited IN calling;free unlimited night & weekend minutes;
> Beginning on 10/19/04: 21% Monthly access discount

**Enhanced services:** Call Forwarding, Caller ID, Call Waiting, Message Waiting Indicator, No Answer Transfer, 3-Way Calling, Basic Voice Mail, Natl Enhanced Service Access
Unl IN MSG/50 Camera $5, Unlimited IN Calling, Unltd Night & Weekend Minutes

**Current data plan:** V Cast Vpak W/Music
Monthly charge $15.00
Unit allowance unlimited kilobytes

**Current feature(s):** Unlimited IN Calling
Monthly allowance unlimited general minutes

Unltd Night & Weekend Minutes
Monthly allowance unlimited offpeak minutes



*Enhanced Services include but are not limited to Automatic Call Delivery, Voice Mail, Text Messaging, Mobile Web Access and other services such as Call Forwarding, Call Waiting, Three-Way Calling and Busy/No Answer Transfer.*

*Enhanced Services partial month (prorate) - These services may be billed a month in advance and may be prorated based on the effective start and end dates of the enhanced service.*

**Your Service profile - continued**

Unl IN MSG/50 Camera $5
Monthly allowance 50 messages
Additional per message $.10 sent, $.10 received

Unl IN MSG/50 Camera $5
Monthly allowance unlimited IN TXT

Unl IN MSG/50 Camera $5
Monthly allowance unlimited IN PIXFLIX

## Usage Summary 248-346-0602
Daimler Chrysler Corporation

| In Your Home Area | | Peak Included | Peak Billable | Off-Peak Included | Off-Peak Billable | Total |
|---|---|---|---|---|---|---|
| **Current Usage** | | | | | | |
| Partial Monthly Minutes (01/24-01/25) | 129 General | 129 | 5 | 0 | 0 | $1.25 |
| Partial Monthly Minutes (01/26-02/19) | 1613 General | 599 | 0 | 0 | 0 | Included |
| Weekend/Night Feature Minutes (01/24-02/19) | Unlimited | 4 | 0 | 191 | 0 | Included |
| IN-Calling (01/24-02/19) | Unlimited | 106 | 0 | 0 | 0 | Included |
| Usage Totals | | 838 | 5 | 191 | 0 | |
| Total Current Airtime Usage | | | 843 | | 191 | 1034 |
| Current Usage Charges | | | $1.25 | | $.00 | $1.25 |
| | | | | | | |
| **Other Call Charges** | | | | | | |
| 411 Connect | | | | | | 5.96 |
| | | | | | | |
| Total usage charges in your home area | | | | | | $7.21 |

| Your Data Products and Services | Messages | Number of Downloads | Minutes | Total |
|---|---|---|---|---|
| **Current Usage** | | | | |
| TXT Messaging - Received | 1 | | | $.10 |
| TXT Messaging - Sent | 1 | | | .10 |
| Unlimited IN TXT | 4 | | | Included |
| Total Current TXT Messaging Usage | 6 | | | $.20 |
| | | | | |
| TXT / PIX-FLIX - Allowance Used | 35 | | | Included |
| Total Current TXT/PIX-FLIX Messaging Usage | 35 | | | $.00 |
| | | | | |
| Downloads | | 5 | | 4.98 |
| NationalAccess | | | 1 | .00 |
| Total current data products and service usage charges | | | | $5.18 |

## Total usage charges                                    $12.39

*Bill call details (including roaming and long distance) are available online for FREE.*
*Just login to My Account at verizonwireless.com.*

### Verizon Wireless surcharges
| | |
|---|---|
| Fed Universal Service Charge | $2.85 |
| Regulatory Charge | .05 |
| Administrative Charge | .40 |
| Subtotal | 3.30 |
| Total Verizon Wireless surcharges | $3.30 |

Order #: 5019 Copy #: 14