# EXHIBIT C

Dockets.Justia.com

## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| JULIE ANN ROEHM,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | CASE NO. 2:07-cv-10168<br><br>Judge Lawrence P. Zatkoff<br>Mag. Judge R. Steven Whalen |

| | |
|---|---|
| THE LAW FIRM OF JOHN F. SCHAEFER<br>JOHN F. SCHAEFER, (P-19948)<br>ANDREW RIFKIN, (P-46147)<br>Attorneys for Plaintiff<br>380 North Old Woodward, Suite 320<br>Birmingham, Michigan 48009<br>(248) 642-6665<br><br>SOMMERS SCHWARTZ, P.C.<br>SAM G. MORGAN, (P-36694)<br>KEVIN J. STOOPS, (P-64371)<br>Co-Counsel for Plaintiff<br>2000 Town Center, Suite 900<br>Southfield, Michigan 48075<br>(248) 355-0300 | DYKEMA GOSSETT PLLC<br>DEBRA M. MCCULLOCH (P-31995)<br>JOSEPH A. RITOK, JR. (P-25472)<br>Attorneys for Defendants<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, MI 48304<br>(248) 203-0785<br><br>GIBSON, DUNN & CRUTCHER LLP<br>EUGENE SCALIA<br>KARL G. NELSON<br>DAVID J. DEBOLD (P-39278)<br>Of Counsel for Defendant<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 955-9500 |

## DECLARATION OF KARL G. NELSON

I, Karl G. Nelson, declare as follows:

1. I am counsel of record in the above-captioned action.

2. I respectfully submit this declaration in support of Defendant's Supplemental Brief in Response to Plaintiff's Motion to Remand.

3. Attached as Exhibit A to Defendant's Supplemental Brief in Response to Plaintiff's Motion to Remand are true and correct copies of selected pages of Plaintiff's cellular phone records, which Plaintiff produced in connection with her response to Defendant's Second Request for Production.

4. Attached as Exhibit B to Defendant's Supplemental Brief in Response to Plaintiff's Motion to Remand is a true and correct copy of a map of Michigan displaying the geographic location for each telephone area code in Michigan, which Defendant obtained from http://www.nanpa.com/area_code_maps/ac_map_static.html.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of May, 2007.

_____
Karl G. Nelson

100231028_1.DOC