## LIST OF EXHIBITS

Exhibit                     Description

F                           Deposition Transcript of Julie Ann Roehm (May 11, 2007)