UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Julie Ann Roehm,

                Plaintiff(s),

v.                                              Case No. 2:07−cv−10168−LPZ−RSW
                                              Hon. Lawrence P Zatkoff

Wal−Mart Stores, Incorporated,

                Defendant(s).

_____

## NOTICE OF REMAND

TO:  Oakland County Circuit Court

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time−stamped copy of this Notice to:

                Clerk's Office
                U.S. District Court for the Eastern District of Michigan
                231 W. Lafayette Blvd., 5th Floor
                Detroit, MI
                48226
                (313) 234−5005

## Certification

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              DAVID J. WEAVER, CLERK OF COURT


                                        By: s/ L. Hacker
                                              Deputy Clerk

Dated:   June 5, 2007