Return

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Julie Ann Roehm,

            Plaintiff(s),

v.

            Case No. 2:07-cv-10168-LPZ-RSW
            Hon. Lawrence P Zatkoff

Wal-Mart Stores, Incorporated,

            Defendant(s).

FILED
JUN 13 2007
CLERK'S OFFICE
DETROIT

**NOTICE OF REMAND**

TO: Oakland County Circuit Court

Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:

    Clerk's Office
    U.S. District Court for the Eastern District of Michigan
    231 W. Lafayette Blvd., 5th Floor
    Detroit, MI
    48226
    (313) 234-5005

**Certification**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

            DAVID J. WEAVER, CLERK OF COURT

            By: s/ L. Hacker
                 Deputy Clerk

Dated: June 5, 2007